14

DOTIA 8/2007
voted 4/08, 11/08, 11/12
cancelled Not a citizen 3/24/2014
Reregistered 6/2015 ?

## Voters: Correct Voter

**NYAMA, MILDRED ESTHER**
021071353-02    Cancelled
Security: Not Restricted
Last Changed: 10/9/2012 7:53:14 P
Federal Voter: ☐

Tabs: General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

- **ID Number:** 021071353-02
- **Application Source:** DOTIC
- **Registered:** 09/10/2007
- **Status-Reason:** CANCEL - NOT A CITIZEN
- 8/24/2007    3/24/2014

- **Title:**
- **Last Name:** NYAMA
- **First Name:** MILDRED
- **Middle Name:** ESTHER
- **Suffix:**
- **Maiden Name:**

- **House #:** 1/2
- **Street Name:** [redacted]
- **Unit:**
- **Unit #:**
- **City:** PITTSBURGH
- **State:** PA
- **Zip Code:** 15236

- **Address Line 2:**
- **Mail Addr Line 1:**
- **Mail City:**
- **State:**
- **Mail Zip:**
- **Mail Country:**

- **Email Address:**

- **BirthDate:** [redacted]
- **Social Sec:** [redacted]
- **Driver's Lic.:** [redacted]
- **Phone:** [redacted]
- **U:** ☐
- **Sex:** F
- **Race:**
- **Language:**
- **Assistance:**

- **Party:** DEMOCRATIC
- **Other Party:**
- **Last Voted:** 11/06/2012
- Must Vote In Person: ☐
- Poll Worker: ☐
- Poll Worker Interest: ☐

- **Precinct Split:** 1040010-1
- BALDWIN BR 00

Signature: Mildred E. Nyama

Record: 1 of 1

14 MAR 24 AM 9:23
ALLEGHENY COUNTY
DEPT. OF ELECTIONS

Exhibit C, Page 1



ALLEGHENY County

00000-VOT-030-C

Thursday, September 21, 2017

## Voting History for Voter

ID Number (T) IS 021071353-02

| Voter Name: | NYAMA, MILDRED ESTHER | | | | | |
|---|---|---|---|---|---|---|
| Id Number: | 021071353-02 | Date Registered: 9/10/2007 | | Voter Status: | ACTIVE - REGISTERED | |

| Date | Election | Method | Party | Location | Reason | Prec Split |
|---|---|---|---|---|---|---|
| 11/08/2016 | 2016 GENERAL ELECTION | AP | D | | | 1190001-1 |
| 11/06/2012 | 2012 GENERAL ELECTION | AP | D | | | 1040010-1 |
| 11/04/2008 | 2008 GENERAL | AP | D | | | 2250006-1 |
| 04/22/2008 | 2008 PRIMARY | AP | D | | | 2250006-1 |

Total Elections for Voter: 4

Total Voters in Report: 1

3/24/14

The Registrar

My name is Mildred E. Nyama, my address is ███████████████████████████████████████

I request that I may be removed from the voters register immediately

Thank you

Mildred E. Nyama

14 MAR 24 AM 9:23
ALLEGHENY COUNTY
DEPT OF ELECTIONS





# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

Date 3-24-14

Dear Mildred Nyama,

You have recently informed this office that you desire to cancel your voter registration due to the fact that you are not a United States citizen. We have enclosed a copy of your letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure

ALLEGHENY COUNTY
DEPT OF ELECTIONS
14 MAR 24  AM 9: 23

Voter Cancellation Non Citizen

JERRY TYSKIEWICZ, DIRECTOR
**DEPARTMENT OF ADMINISTRATIVE SERVICES — DIVISION OF ELECTIONS**
604 COUNTY OFFICE BUILDING • 542 FORBES AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-4500 • FAX (412) 350-5697 • WWW.ALLEGHENYCOUNTY.US

Exhibit C, Page 5