14

DOTIA
NO voting
History

## Voters: Find/Modify Voter

**MUDALIAR, DEVANATHAN SUNDARAM**  Security: Not Restricted   Last Changed: 8/7/2012 8:05:00 AM
103505233-02   Cancelled
Federal Voter: ☐

Tabs: General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

- **ID Number:** 103505233-02
- **Application Source:** DOTIA
- **Registered:** 08/17/2012
- **Status-Reason:** CANCEL - NOT A CITIZEN
- 8/4/2012    6/18/2014

- **Title:** 
- **Last Name:** MUDALIAR
- **First Name:** DEVANATHAN
- **Middle Name:** SUNDARAMU
- **Suffix:** 
- **Maiden Name:** 
- **House #:** 1/2
- **Street Name:** [redacted]
- **Unit:** 
- **Unit #:** 
- **City:** MONROEVILLE
- **State:** PA
- **Zip Code:** 15146
- **Address Line 2:** 
- **Mail Addr Line 1:** 
- **Mail City:** 
- **State:** 
- **Mail Zip:** 
- **Mail Country:** 
- **Email Address:** 

- **BirthDate:** [redacted]
- **Social Sec:** 
- **Driver's Lic.:** [redacted]
- **Phone:** 
- **U:** ☐
- **Sex:** 
- **Race:** 
- **Language:** 
- **Assistance:** 

- **Party:** DEMOCRATIC
- **Other Party:** 
- **Last Voted:** 
- **Must Vote In Person:** ☐
- **Poll Worker:** ☐
- **Poll Worker Interest:** ☐

- **Precinct Split:** 1710502-1   MONROEVILLE 0

Record: 1 of 1

[OK] [Cancel]

14 JUN 18 PM 3:32
ALLEGHENY COUNTY
DEPT OF ELECTIONS

Exhibit D, Page 1

# COUNTY OF  ALLEGHENY

RICH FITZGERALD
COUNTY EXECUTIVE

Date June 18, 2014

Dear Devanathan Sundaramu Mudaliar

You have recently informed this office that you desire to cancel your voter registration due to the fact that you are not a United States citizen. We have enclosed a copy of your letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure

ALLEGHENY COUNTY
DEPT OF ELECTIONS
14 JUN 18 PM 3: 32



Voter Cancellation Non Citizen

---

JERRY TYSKIEWICZ, DIRECTOR
**DEPARTMENT OF ADMINISTRATIVE SERVICES — DIVISION OF ELECTIONS**
604 COUNTY OFFICE BUILDING • 542 FORBES AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-4500 • FAX (412) 350-5697 • WWW.ALLEGHENYCOUNTY.US

Exhibit D, Page 2

# COUNTY OF  ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

Date June 18, 2014

Dear Devanathan Sundaram u Mudaliar

You have recently informed this office that you desire to cancel your voter registration due to the fact that you are not a United States citizen. We have enclosed a copy of your letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure

ALLEGHENY COUNTY
DEPT OF ELECTIONS
14 JUN 18 PM 3:32

Voter Cancellation Non Citizen

JERRY TYSKIEWICZ, DIRECTOR
**DEPARTMENT OF ADMINISTRATIVE SERVICES — DIVISION OF ELECTIONS**
604 COUNTY OFFICE BUILDING • 542 FORBES AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-4500 • FAX (412) 350-5697 • WWW.ALLEGHENYCOUNTY.US

Exhibit D, Page 3

dt. 06/18/2014

From

Devanathan Sundaramurthy Mudaliar

[REDACTED]

Sub: Request to Cancel Voters registeration
ref: Driving Liscence: [REDACTED] (PA)

Respected maam/Sir,

I am here to request cancellation of my voters registration in the state of Pennsylvannia Allegeny county as i am not a US citizen. I moved from Wisconsin in 2012 and while going through the driving Liscence Pondot process i had inadvertantly registered myself due to System issue ↑ unknowly

I remember to have registered as Law-full sag resident but ineligible for voting rights. My understanding is that the registeration was an System Error. and thereby request to kindly Cancel my voters registeratin

Apologies if this causes any administrative overhead.
Thanking you for the due consideration.
Sincerely & respectfully

[signature]

(Devanathan Sundaramurthy Mudaliar)
dt. 06/18/14

[stamp: 14 JUN 18 PM 3:32 ALLEGHENY COUNTY DEPT OF ELECTIONS]

Exhibit D, Page 4