# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

Date _1-17-17_

Dear _Felipe Rojas-orta_

You have recently informed this office that you desire to cancel your voter registration due to the fact that you are not a United States citizen. We have enclosed a copy of your letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure

2017 JAN 17 PM 3: 36
ALLEGHENY COUNTY
DEPT. OF ELECTIONS



Voter Cancellation Non Citizen

---

Exhibit E, Page 1

ROJAS-ORTA, FELIPE
102472528-02        Cancelled

Voters: Find/Modify Voter

Security: Not Restricted   Last Changed 2/19/2016 4:11:00 PM
Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

ID Number:         Application Source:  Registered:  Status-Reason:
102472528-02       DOTIA              03/20/2009   CANCEL - NOT A CITIZEN

                                      3/10/2009    1/17/2017

Title:  Last Name:       First Name:      Middle Name:   Suffix:  Maiden Name:                Verify
        ROJAS-ORTA       FELIPE

House #: 1/2  Street Name:      Unit:   Unit #:  City:                    State:  Zip Code:
                                                 PITTSBURGH              PA      15221

Address Line 2:    Mail Addr Line 1:    Mail City:   State:  Mail Zip:  Mail Country:

Email Address:

BirthDate:  Social Sec:  Driver's Lic.:  Phone:  U: ☐  Sex:  Race  Language:  Assistance:

Party:             Other Party:        Last Voted:         Must Vote    ☐ Poll Worker
DEMOCRATIC                             11/08/2016     ☐   In Person     ☐ Poll Worker Interest

Precinct Split:
2280201-1         Insert
                  Clear
WILKINSBURG 0

                                      OK        Cancel

Record:  1  of 1

2017 JAN 17  PM 3: 36

DEPT. OF ELECTIONS
ALLEGHENY COUNTY

1-17+ 17

I wish to cancel my voting registration,
because I am not a citizen

Felipe Rojas Ort

ALLEGHENY COUNTY
DEPT. OF ELECTIONS

2017 JAN 17 PM 3: 36

Tuesday, January 17, 2017 3:14 PM

| Cnty | Date | Election | Method | Party | Location | Reason | Prec Split |
|------|------|----------|--------|-------|----------|--------|------------|
| 02 | 11/8/2016 1... | 2016 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 02 | 11/2/2010 1... | 2010 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 02 | 5/19/2009 1... | 2009 MUNICIPAL PRIMARY | AP | D | | | 2280201-1 |



ALLEGHENY COUNTY
DEPT. OF ELECTIONS

2017 JAN 17 PM 3: 37



**ALLEGHENY County**

00000-VOT-030-C

Thursday, September 21, 2017

### Voting History for Voter

ID Number (T) IS 102472528-02

| Voter Name: | ROJAS-ORTA, FELIPE | | | | | |
|---|---|---|---|---|---|---|
| **Id Number:** | 102472528-02 | **Date Registered:** 3/20/2009 | | **Voter Status:** CANCEL - NOT A CITIZEN | | |

| Date | Election | Method | Party | Location | Reason | Prec Split |
|---|---|---|---|---|---|---|
| 11/08/2016 | 2016 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 11/02/2010 | 2010 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 05/19/2009 | 2009 MUNICIPAL PRIMARY | AP | D | | | 2280201-1 |

|  |
|---|
| Total Elections for Voter: 3 |
| Total Voters in Report: 1 |

PENN DOT

VOTED   3 TIMES



## Voters: Find/Modify Voter

**ROJAS-ORTA, FELIPE**
**102472528-02**          Cancelled

Security: Not Restricted    Last Changed 2/19/2016 4:11:00 PM
Voter Hall of Fame ☐    Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

**ID Number:** 102472528-02    **Application Source:** DOTIA    **Registered:** 03/20/2009    **Status-Reason:** CANCEL - NOT A CITIZEN
3/10/2009    1/17/2017

**Title:**    **Last Name:** ROJAS-ORTA    **First Name:** FELIPE    **Middle Name:**    **Suffix:**    **Maiden Name:**    Verify

**House #:** 1/2    **Street Name:**    **Unit:**    **Unit #:**    **City:** PITTSBURGH    **State:** PA    **Zip Code:** 15221

**Address Line 2:**    **Mail Addr Line 1:**    **Mail City:**    **State:**    **Mail Zip:**    **Mail Country:**

**Email Address:**

**BirthDate:**    **Social Sec:**    **Driver's Lic.:**    **Phone:**    **U:** ☐    **Sex:**    **Race**    **Language:**    **Assistance:**

**Party:** DEMOCRATIC    **Other Party:**    **Last Voted:** 11/08/2016    ☐ **Must Vote In Person**    ☐ Poll Worker    ☐ Poll Worker Interest

**Precinct Split:** 2280201-1    Insert
WILKINSBURG 0    Clear

OK          Cancel

Record: 1 of 1

I wish to cancel my voting registration, because I am not a citizen.

1-17-17

Felipe Rojas Ortiz