

**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**

March 7, 2019

Linda A. Kerns
Law Office of Linda A. Kerns, LLC
1420 Locust Street, Suite 200
Philadelphia, PA 19120

Dear Ms. Kerns:

    We understand that you attempted to serve a legal notice upon Acting Secretary Kathy Boockvar at 8:30 am on Saturday morning, March 2. The actions of your process server were extremely upsetting to Acting Secretary Boockvar and her family and led to the involvement of the local police. This was wholly unnecessary. If your client wishes to serve a legal notice upon Acting Secretary Boockvar, the document may be delivered to her office at 302 North Office Building, Harrisburg, PA during the hours of 8:30 am to 5:00 pm.

    Any further attempt to contact the Acting Secretary at her home will be considered harassment, which will be raised with local law enforcement and the court.

Sincerely,

*[signature]*

Timothy E. Gates
Chief Counsel
Department of State
Commonwealth of Pennsylvania

Department of State | Office of Chief Counsel
306 North Office Building | Harrisburg, PA, 17120 | 717-783-0736 | F 717-214-9899 | www.dos.state.pa.us

Exhibit M, Page 1