**From:** Murren, Wanda [mailto:wmurren@pa.gov]
**Sent:** Friday, April 27, 2018 3:34 PM
**To:** Dave Davies <Ddavies@whyy.org>
**Subject:** Regarding PA voter rolls
**Importance:** High


We all care about the integrity and security of our election system. Toward that end, the Department of State is taking steps to make sure that our voting system works well and that only eligible voters cast ballots in upcoming elections. The Department of State is committed to using secure and modern tools to verify that only eligible voters cast ballots.

As reported previously, there was a programming error in the PennDOT Motor Voter electronic system that may have led to some individuals inadvertently registering to vote. When we learned of the system error, our immediate priority was to fix the problem. By the end of 2017, we and our partners at PennDOT had resolved the problem to ensure that only eligible voters can sign up to vote when at a Driver License Center. During that time, an intense data analysis and process was conducted that yielded a responsible list of individuals for whom voter registration status required further confirmation. As a result of that work, the Department of State is mailing the attached letter today to 7,702 individuals whose citizenship status merits further due diligence.

While there is more analysis to be done, we believe the letter is a measured and responsible way to remind these individuals of voter eligibility requirements before the upcoming primary election. As experience from other states' similar efforts shows, many of these individuals may likely be citizens, but the available data cannot confirm that status.

Currently, the Department is continuing its analysis. After the primary, officials will take additional steps to ensure that affected individuals affirm their eligibility or request cancellation. For example, after the primary, the department will reach out to the individuals through another mailing. The department will use nationally-recognized authentication programs such as the ERIC voter list maintenance database in this effort. Individuals who do not respond to the subsequent notifications may be subject to additional processes before removal from the voter rolls.

The department is committed to the integrity of elections in Pennsylvania. The issue we are remedying spans several decades and multiple administrations. We have already fixed the problem that allowed people to inadvertently register to vote. We take seriously our duty to make sure that only eligible voters can cast ballots, and we believe that these steps are important to maintaining that integrity and confidence in our voting systems.

Wanda


**Wanda Murren** | Director
Office of Communications and Press
PA Department of State

307 North Office Building | Harrisburg, PA 17120
Phone: 717.787.7854
www.dos.pa.gov



April 27, 2018

[ADDRESS BLOCK]

Dear Mr./Ms. [NAME]:

As has been previously reported, the voter registration system at the Pennsylvania Department of Transportation (PennDOT) may have allowed individuals to inadvertently apply to register to vote when obtaining or renewing a driver's license or photo ID.  System changes were implemented last year to correct this longstanding technical issue with the Motor Voter electronic system and to prevent future occurrences of this issue.  While reviewing this issue, the Department of State discovered that additional individuals may also require confirmation of voter registration requirements.

To ensure and confirm the accuracy of your voter information, you may review and update your status and information by visiting the Department of State's online voter registration system at www.votespa.com, by calling **1-877-VOTESPA (1-877-868-3772)** or by contacting your local county election office.  **Please do not contact PennDOT about this matter.**

To register to vote in Pennsylvania, you must be:

- *A citizen of the United States* for at least one month before the next primary, special, municipal, or general election.

- *A resident of Pennsylvania and the election district* in which you want to register and vote for at least 30 days before the next primary, special, municipal, or general election.

- *At least 18 years of age* on or before the day of the next primary, special, municipal, or general election.

If you meet all of these requirements, you may disregard this notice.  If you do not meet these requirements or you are unsure, you can contact the county election office where you are registered.  You may find county election office contact information at www.votespa.com/county.  Thank you for your prompt attention to this matter.

Pennsylvania Department of State
Bureau of Commissions, Elections,
and Legislation