

Linda A. Kerns <linda@lindakernslaw.com>

## Correspondence attached

**Gates, Timothy** <tgates@pa.gov>  
To: "Linda A. Kerns" <linda@lindakernslaw.com>

Wed, Mar 20, 2019 at 4:43 PM

Linda –

Thank you for sending the attached notice of violations of the NVRA to my attention today. I have this day, March 20, 2019 provided the attached notice to my clients Kathryn Boockvar and Jonathan Marks.

Have a nice day,

--Tim

**Timothy E. Gates** | Chief Counsel

PA Department of State | Office of Chief Counsel

306 North Office Building | Harrisburg, PA 17120  
Phone: 717.783.0736 | Fax: 717.214.9899

www.dos.state.pa.us

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION  
ATTORNEY WORK PRODUCT

*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Linda A. Kerns <linda@lindakernslaw.com>  
**Sent:** Wednesday, March 20, 2019 3:52 PM  
**To:** Gates, Timothy <tgates@pa.gov>  
**Subject:** [External] Correspondence attached

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.

[Quoted text hidden]

📎 **let 03-20-2019 attachment 2.pdf**
1164K