# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** : | CIVIL ACTION NO. 1:19-CV-622 |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **KATHY BOOCKVAR, Acting Secretary** : | |
| **of the Commonwealth of Pennsylvania,** : | |
| **JONATHAN M. MARKS, Deputy** : | |
| **Secretary for Elections and** : | |
| **Commissions, and the BUREAU OF** : | |
| **COMMISSIONS, ELECTIONS** : | |
| **AND LEGISLATION,** : | |
| : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 8th day of October, 2019, upon consideration of the motion (Doc. 17) for an initial case management conference by the Public Interest Legal Foundation, and the court finding that it is in the interest of judicial economy to stay the case management conference and issuance of a case management order while a potentially case-dispositive motion is pending, it is hereby ORDERED that the case management conference and issuance of a case management order are DEFERRED pending disposition of defendants' motion (Doc. 12) to dismiss.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania