## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE PUBLIC INTEREST LEGAL   :   CIVIL ACTION NO. 1:19-CV-622
FOUNDATION,   :

  :   **(Chief Judge Conner)**

        **Plaintiff**   :

  :

       **v.**   :

  :

**KATHY BOOCKVAR**, Acting Secretary   :
of the Commonwealth of Pennsylvania,   :
**JONATHAN M. MARKS**, Deputy   :
Secretary for Elections and   :
Commissions, and the **BUREAU OF**   :
**COMMISSIONS, ELECTIONS**   :
**AND LEGISLATION,**   :

  :

       **Defendants**   :

## <u>ORDER</u>

AND NOW, this 13th day of December, 2019, upon consideration of the

motion (Doc. 12) to dismiss by defendants, and the parties' respective briefs in

support of and opposition to said motion, and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1.    Defendants' motion (Doc. 12) is GRANTED in part and DENIED in
part as follows:

    a.    Defendants' motion (Doc. 12) is GRANTED to the extent the
Public Interest Legal Foundation's request for records includes
records containing protected personal information obtained by
the Department of Motor Vehicles in connection with a motor
vehicle record as defined in the Driver's Privacy Protection Act.

b.    Defendants' motion (Doc. 12) is otherwise DENIED.


                              /S/ CHRISTOPHER C. CONNER
                              Christopher C. Conner, Chief Judge
                              United States District Court
                              Middle District of Pennsylvania