# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 1:19-CV-622** |
| | : | |
| **KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions, and the BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION,** | : | **CHIEF JUDGE CONNER** |
| | : | |
| | : | **ELECTRONICALLY FILED** |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania, Jonathan M. Marks, Deputy Secretary for Elections and Commissions, and the Bureau of Commissions, Elections and Legislation, by and through their undersigned counsel, hereby move for an enlargement of time to respond to the Complaint in the above-referenced matter and, in support thereof, aver as follows:

1.     By Memorandum and Order dated December 13, 2019, the Court granted in part and denied in part Defendants' Motion To Dismiss.

2.     Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, the deadline for Defendants to file and serve responsive pleading is Friday, December 27, 2019.

3.     Due to holiday vacation and travel plans, Defendants respectfully request a 14-day enlargement of time until Friday, January 10, 2020 to file a responsive pleading.

4.     Counsel for Plaintiff concurs in this motion.

WHEREFORE, Defendants respectfully request a 14-day enlargement of time until Friday, January 10, 2020 to file a responsive pleading.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Counsel for Defendants,
Secretary Kathy Boockvar, Deputy
Secretary Jonathan M. Marks and
Bureau of Commissions, Elections
and Legislation

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated:  December 23, 2019

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I, Daniel T. Brier, hereby certify that I sought the concurrence of counsel for Plaintiff, Noel Johnson, Esquire, in this Motion.  Mr. Johnson concurs in this Motion.

<u>/s/ Daniel T. Brier</u>

Date:  December 23, 2019

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time was served upon the following counsel of record via the Court's ECF system on this 23rd day of December, 2019:

J. Christian Adams, Esquire
Public Interest Legal Foundation, Inc.
1555 King Street, Suite 200
Alexandria, VA  22314

Noah H. Johnson, Esquire
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN  46204

Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
1420Locust Street, Suite 200
Philadelphia, PA  19102

/s/ Daniel T. Brier