# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 1:19-CV-622 |
| | : | |
| KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions, and the BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, | : | CHIEF JUDGE CONNER |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this \_\_\_ day of January, 2020, upon consideration of the Motion for Certification Under 28 U.S.C. § 1292(b) filed by Defendants Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania and Jonathan M. Marks, Deputy Secretary for Elections and Commissions, IT IS HEREBY ORDERED that the Motion is GRANTED. The issue in Section III.A of this Court's December 13, 2019 Memorandum and Order denying Defendants' Motion to Dismiss (Doc. No. 23) involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal of this issue

may materially advance the ultimate termination of the litigation. The issue in Section III.A of the December 13, 2019 Memorandum and Order (Doc. No. 23) is therefore CERTIFIED for appellate review pursuant to 28 U.S.C. § 1292(b).

                                                                             _____

                                                                                                J.