# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## FEBRUARY 2020 CASE MANAGEMENT CONFERENCE LIST

| Abbreviated Case Name | Civil No. | Conference Time |
|---|---|---|
| Norris v. Fruhwirth | 1:19-CV-2053 | 9:45 a.m. |
| Public Interest v. Boockvar | 1:19-CV-622 | 10:45 a.m. |
| Mateo v. Sherwin-Williams | 1:19-CV-2154 | 11:00 a.m. |

## **ORDER**

1. **Case Management List**. The above case will comprise the Case Management List for **February 25, 2020.**

2. **Case Management Plans**. At least five business days before the conference, counsel shall electronically file their written case management plan with the court.

3. **Trial List and Correlative Dates**. Counsel shall agree upon a monthly trial list for trial of the case. Counsel shall after determining the appropriate list select all other applicable dates in conformity with the court's calendar attached hereto. The court will consider striking from the record any case management plan which does not follow the court's calendar. In the event that counsel cannot agree upon a monthly trial list, each counsel shall propose a trial list in conformity with the court's calendar. The judges of this court, with approval of the Court of Appeals, set a trial goal for standard track cases of not more than 15 months from the filing of the initial complaint. Absent exigent circumstances, counsel shall select a trial list not more than 15 months from the date of filing of the original complaint.

4. **Date and Times of Conferences**. Case management conferences will be held on the date and at the times designated above. Lead counsel who are fully authorized to make decisions in the case shall participate in the conference. If lead counsel wish to be excused from the conference, such counsel shall contact chambers and advise at least two working days before the conference.

5. **Telephonic Conference**. Unless the court orders otherwise, all case management conferences shall be held by telephone. Counsel for Plaintiff(s) shall initiate the telephone conference to Chambers at (717) 221-3945.

**6.     Magistrate Judge**. If the parties consent that a Magistrate Judge conduct all subsequent proceedings in the case and enter a final judgment, they shall note in the Case Management Plan the name of the Magistrate Judge whom they wish to select.

**7.     Case Management Order**. At the conclusion of the conference any oral agreements reached by counsel and any oral orders or other additional directions issued by the court will be reduced to writing in a Case Management Order. The parties are advised that once case management deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

**8.     Pre-Case Management Conference**. As required by Local Rule 16.3(a), lead counsel shall confer and prepare for submission to the court a case management plan on the form attached to the Local Rules and designated "Appendix A." Counsel for Plaintiff(s) shall be responsible for arranging the pre-case management conference between counsel and shall offer opposing counsel at least three alternative dates upon no less than 15 days' notice.  Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

**9.     Continuance**. Any motion for continuance of a case management conference shall be filed electronically at least seven days before the conference, unless the cause for such continuance shall subsequently occur.

**10.    Discovery.**  Counsel shall not cease active discovery pending disposition of a motion to dismiss.

**11.    Alternate Dispute Resolution**. Paragraph 2.0 of the Standard Joint Case Management Plan relates to ADR procedures. If the parties cannot agree upon an ADR procedure to be used, a decision with respect to the same will be made at the pre-trial conference, and if at that conference any counsel objects to alternative dispute resolution, there will be none.

**12.** ***Pro Se* Cases**. No joint case management plan will be required in any case where there is a *pro se* party and no joint case management conference will be held in such case. We will consider the views of the parties in cases involving a *pro se* party as to discovery cut-off date, final pre-trial conference date, and trial list. We will also consider any additional matters the parties may wish to raise which relate to the prompt and fair disposition of their respective cases.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:　　　January 14, 2020

# Judge Conner
# 2020 – 2021 Court Calendar

| Trial List | Discovery Cut-Off | Dispositive Motions & Briefs in Support | Affirmative Expert Reports | Responsive Expert Reports | Suppl. Expert Reports | Motions in Limine & Briefs in Support | Final Pre-Trial Conference | Voir Dire and Jury Instructions | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| **October** | 3/30/20 | 5/6/20 | 5/6/20 | 6/5/20 | 6/19/20 | 8/5/20 | 9/23/20 | 9/23/20 | 10/5/20 |
| **November** | 4/30/20 | 6/3/20 | 6/3/20 | 7/3/20 | 7/17/20 | 9/3/20 | 10/21/20 | 10/21/20 | 11/2/20 |
| **December** | 5/29/20 | 7/1/20 | 7/1/20 | 7/31/20 | 8/14/20 | 10/7/20 | 11/18/20 | 11/18/20 | 12/7/20 |
| **2020** | | | | | | | | | |
| **January** | 6/28/20 | 8/6/20 | 8/6/20 | 9/7/20 | 9/21/20 | 11/5/20 | 12/16/20 | 12/16/20 | 1/4/21 |
| **February** | 7/31/20 | 9/4/20 | 9/4/20 | 10/5/20 | 10/19/20 | 12/3/20 | 1/20/21 | 1/20/21 | 2/1/21 |
| **March** | 8/31/20 | 10/1/20 | 10/1/19 | 11/2/21 | 11/18/20 | 1/7/21 | 2/17/21 | 2/17/21 | 3/1/21 |
| **April** | 9/29/20 | 11/5/20 | 11/5/20 | 12/4/20 | 12/18/20 | 2/4/21 | 3/17/21 | 3/17/21 | 4/5/21 |
| **May** | 10/30/20 | 12/3/20 | 12/3/20 | 1/4/21 | 1/19/21 | 3/4/21 | 4/21/20 | 4/21/20 | 5/3/21 |
| **June** | 11/27/20 | 1/7/20 | 1/7/21 | 2/5/21 | 2/19/21 | 4/1/21 | 5/19/21 | 5/19/21 | 6/7/21 |
| **July** | 12/31/20 | 2/4/21 | 2/4/21 | 3/4/21 | 3/18/21 | 5/6/21 | 6/16/21 | 6/16/21 | 7/6/21 |
| **August** | 1/29/21 | 3/4/21 | 3/4/21 | 4/5/21 | 4/19/21 | 6/3/21 | 7/21/21 | 7/21/21 | 8/2/21 |
| **September** | 2/26/21 | 4/1/21 | 4/1/21 | 5/3/21 | 5/17/21 | 7/1/21 | 8/18/21 | 8/18/21 | 9/7/21 |
| **October** | 3/30/21 | 5/6/21 | 5/6/21 | 6/4/21 | 6/18/21 | 8/5/21 | 9/22/21 | 9/22/21 | 10/4/21 |
| **November** | 4/30/21 | 6/3/21 | 6/3/21 | 7/6/21 | 7/20/21 | 9/3/21 | 10/20/21 | 10/20/21 | 11/1/21 |
| **December** | 5/28/21 | 7/1/21 | 7/1/21 | 7/29/21 | 8/12/21 | 10/7/21 | 11/17/21 | 11/17/21 | 12/6/21 |