IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** | : | CIVIL ACTION NO. 1:19-CV-00622 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **KATHY BOOCKVAR**, *et al.*, | : | |
| Defendants | : | |

**AMENDED CASE MANAGEMENT ORDER**

AND NOW, this 30th day of June, 2020, upon consideration of the parties' request for an extension of case management deadlines, and for good cause shown, see FED. R. CIV. P. 16(b)(4), it is hereby ORDERED that:

1. The dates and deadlines applicable to the discovery and dispositive motion phase of the above-captioned civil action are amended as follows:

   | | |
   |---|---|
   | **Fact Discovery:** | October 7, 2020 |
   | **Affirmative Expert Reports:** | November 4, 2020 |
   | **Responsive Expert Reports:** | December 2, 2020 |
   | **Supplemental Expert Reports:** | December 16, 2020 |
   | **Dispositive Motions** *and* **Supporting Briefs:** | January 6, 2021 |

2. Any request for extension of the discovery deadline must be made at least 14 days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

3. Any request for extension of the above time periods must be made by motion in conformity with Local Rules 5.1(g), 7.1, and 7.5 and must be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C. § 473(b)(3). Counsel shall not mutually agree to extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

4. If dispositive motions are not filed by the deadline established in paragraph 1, the court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling. If the parties determine in advance of the dispositive-motion deadline that no such motions will be filed, the parties shall so notify the court.

5. The Clerk of Court shall issue our standard civil practice order forthwith. Counsel and *pro se* parties are responsible for reading the civil practice order thoroughly upon receipt and for reviewing it regularly as the case proceeds.

/S/CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania