United States District Court
Middle District of Pennsylvania
Harrisburg Division

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions, and the BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION,**<br><br>*Defendants.* | No. 1:19-cv-00622-CCC |

## ORDER

AND NOW, this 16th day of April, 2021, upon consideration of the JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS filed jointly by Plaintiff Public Interest Legal Foundation and Defendants Secretary of the Commonwealth and Deputy Secretary for Elections and Commissions, IT IS HEREBY ORDERED that the Motion is Granted. The deadline for all parties to file dispositive motions and briefs shall be enlarged by 14 days to May 3, 2021.

/S/ CHRISTOPHER C. CONNER
J.