# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE PUBLIC INTEREST LEGAL     :
FOUNDATION,     :
    :
       Plaintiff,     :
    :
       v.     :    **NO. 1:19-CV-00622**
    :
KATHY BOOCKVAR, in her official     :    **JUDGE CONNER**
capacity as Acting Secretary of the     :
Commonwealth of Pennsylvania,     :    **ELECTRONICALLY FILED**
JONATHAN M. MARKS, in his official     :
capacity as Deputy Secretary for     :
Elections and Commissions, and the     :
BUREAU OF COMMISSIONS,     :
ELECTIONS AND LEGISLATION,     :
    :
       Defendants.     :

## DECLARATION OF JONATHAN M. MARKS

I, Jonathan M. Marks, hereby declare as follows:

1.     I am the Deputy Secretary for Elections and Commissions for the
Department of State of the Commonwealth of Pennsylvania. I make this Affidavit
in support of Defendants' Motion for Summary Judgment in the above-captioned
matter.

2.     My duties as Deputy Secretary for Elections and Commissions
include overseeing the Bureau of Election Security and Technology, the Bureau of
Campaign finance and Civic Engagement and the Bureau of Elections and

Notaries. The Bureau of Election Security and Technology is responsible for the day-to-day activities of voter registration and election administration, including administration of the Statewide Uniform Registered Electors database ("SURE").

3.  Given my role and years of experience at the Department of State, I am personally knowledgeable about the matters referenced in this Declaration and the business records of the Department of State.

4.  The National Voter Registration Act ("NVRA") requires states to conduct general programs that make a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters by reason of the death of the registrant or a change in the residence of the registrant. 52 U.S.C. § 20507(a)(4)(A).

5.  In Pennsylvania, voter removal programs are codified in 25 Pa. C.S.A. § 1901. Section 1901(a)(2) directs that voter registrations may be canceled only upon the request of the elector, upon the death of the elector, upon confirmation that the elector has moved outside the county, or pursuant to a voter removal program designed to identify registered electors whose address may have changed. 25 Pa. C.S. § 1901(a)(1)-(4).

6.  In Pennsylvania, voter registration is entrusted by statute to the counties and only counties are authorized to investigate a registrant's eligibility to vote and to cancel voter registrations. 25 Pa. C.S.A. § 1203(a), (h), (i).

7.    In or around 2017, the Department of State discovered that a software error at the Department of Transportation may have allowed non-citizens to inadvertently register to vote when applying for or renewing a driver's license using the Motor Voter interface.

8.    The Department of State worked together with the Department of Transportation to make changes to the Motor Voter process to eliminate inadvertent registration by non-citizens. Among other things, the order of the Motor Voter screens was changed to more prominently display the citizenship question, the process was reconfigured to prevent non-citizens from being offered the voter registration process and the registration screens were translated into a dozen additional languages.

9.    In late 2017, the Department of State undertook an analysis of voter data to better understand the scope of the Motor Voter problem. I described this effort in my testimony before the House State Government Committee on October 25, 2017.

10.    The Department's initial analysis found 1,160 records in the SURE system that indicate a registrant apparently self-reported and cancelled his or her registration because he/she was not a U.S. citizen. County election officials maintain and process cancellation requests and therefore this data needed to be

further validated by county election officials to ensure the accuracy of any conclusions drawn from the records.

11.     In late 2017, the Department of State requested that the counties provide copies of cancellation requests received from persons who requested cancelation of their registration because they were not U.S. citizens. The Department of State received copies of cancellation requests from Allegheny, Philadelphia and Dauphin Counties. Copies of the records were provided to PILF in discovery in this matter.

12.     Also in 2017, the Department of State worked with representatives from the Department of Transportation to conduct a high-level comparison of the SURE database against the driver license database for the purpose of identifying the number of registrants in the PennDOT database with specific tags indicating the driver's visitor, immigration or naturalization status, so-called "INS indicators."

13.     An INS indicator in a driver record does not signify or indicate that the driver is not a U.S. citizen. An INS indicator can also signify that a driver is a naturalized citizen and therefore eligible to vote. Further, INS indicators are point-in-time data that can and do change over time. For example, a visa holder may become a U.S. citizen and therefore become eligible to vote at a later point in time. Accordingly, the initial high-level comparison of the SURE database and driver

license database did not identify non-citizen registrants but rather identified a much larger group of persons who may potentially be non-citizens or may have been non-citizens at some point in time.

14.     Further analysis was required to determine whether any of matched records was associated with a non-citizen registrant.

15.     The then-Acting Secretary of the Commonwealth, Robert Torres, engaged the Office of Chief Counsel to provide legal advice concerning Motor Voter issues, including potential voting by non-citizens.

16.     The Office of Chief Counsel retained outside counsel who in turn retained an expert to assist in providing legal advice based on review of data derived from the PennDOT driver license database and the SURE system.

17.     The work performed by the consulting expert was at the request of counsel, was in anticipation of litigation from any number of sources arising from the PennDOT software glitch and was for the purpose of providing legal advice. The work was not publicly disclosed. The Department has consistently invoked the attorney client privilege and the work product doctrine over the analysis and over communications between counsel and the expert concerning the analysis.

18.     Based on advice of counsel and expert work product, the Department of State communicated with registrants in 2018 concerning the Motor Voter software error.

19.    The Department of State sent letters to 7,702 registrants on April 27, 2018 advising that the Motor Voter system may have allowed individuals to inadvertently apply to register to vote when obtaining or renewing a driver's license.  The letter also advised registrants of the qualifications necessary to register to vote in Pennsylvania, *i.e.* must be a citizen of the United States, must have been a resident of Pennsylvania and the election district for at least 30 days and must be at least 18 years old.  The letter further advised recipients to contact their county election office if they did not meet the requirements or were unsure if they meet the requirements.  A copy of the letter is attached as Exhibit "A."

20.    The Department of State sent a second letter on June 12, 2018 to 11,198 active and inactive (*i.e.* registrants who have not voted for five years and failed to respond to written notice) registrants reiterating the qualifications necessary to register to vote and asking the recipients to affirm their eligibility to vote or cancel their voter registrations.  A copy of the letter is attached as Exhibit "B."

21.    Another round of letters with a similar message was sent on June 29, 2018 to those recipients who did not respond to the June 12, 2018 letter.  A copy of the letter is attached as Exhibit "C."

22.    On July 26, 2018, the Department of State referred to the respective counties information concerning individuals whose letters were returned as

undeliverable and individuals who did not respond to the letters. County election officials were advised to handle the registrants according to normal processes employed to confirm eligibility and/or verify addresses.

23. The actions taken by the Department and the responses are summarized in the press statement and charts attached as Exhibit "D."

24. In October 2017, I received a letter from PILF requesting four categories of records pursuant to the public disclosure provision the NVRA.

25. I responded by letter dated December 20, 2017 advising that the Department of State interpreted the public disclosure provision in the NVRA as applying only to programs for removal of registrants who have died or changed residence and that, if the NVRA were interpreted as applying to removal programs aimed at non-citizens, the Commonwealth had no such program at that time. A copy of my letter is attached as Exhibit "E."

26. Following dismissal of the action docketed at No. 18-463, PILF resent the same request for records on March 20, 2019. I sent a letter dated April 9, 2019 in response to the renewed request with a similar response. A copy is attached as Exhibit "F."

27. The first category of records sought by PILF are records relating to comparison of the SURE database with the PennDOT driver license database. This analysis and derivative lists of registrants generated as a result of this analysis

necessarily implicate confidential driver license information which the Commonwealth is prohibited from disclosing under federal Driver's Privacy Protection Act, 18 U.S.C. § 2721, and Pennsylvania state law, 75 Pa. C.S.A. § 6114(a).

28.     In addition, disclosure of the names of the persons who received letters may suggest incorrectly that the recipients are non-citizens and may result in harassment or abuse directed at those individuals. It is important to reiterate that the persons who received letters were merely identified as persons whose voter registration eligibility required further review. They were not determined to be non-citizens. To the contrary, many of the persons who received letters are U.S. citizens. Nearly 2,000 of them affirmed their eligibility to vote.

29.     The Department of State has provided PILF with copies of documents relating to communications with registrants that do not include or derive from protected driver license information, including copies of the letters, communications with county election officials, press communications and data showing the total number of letters sent and responses received.

30.     Other than protected driver license information from PennDOT, the Department of State received no documents within the relevant period from the Department of Homeland Security or any other official government source identifying potential non-citizens on the voting rolls.

31.    The second category of records sought by PILF are communications requesting cancellation of voter registration for any reason related to non-U.S. citizenship and any related list maintenance actions.

32.    In Pennsylvania, voter registration is entrusted by statute to the counties and only counties are authorized to investigate a registrant's eligibility and cancel voter registrations.  25 Pa. C.S.A. § 1203(a), (h), (i).  Accordingly, requests for voter cancellations are properly addressed to and processed by the counties.

33.    In late 2017, after the Motor Voter programming error was discovered, the Department of State requested that county election officials provide records in their possession relating to registrants who requested that their voter registrations be canceled because they were not U.S. citizens.  The Department of State received records from Allegheny, Dauphin and Philadelphia Counties. Although those documents were not sent to or maintained by the Department— they were sent to and maintained by the counties—those records were produced to PILF during discovery in this case.

34.    While not directly responsive to the second request, the Department of State also produced in discovery a redacted list of 1,160 persons who requested to be removed from the voting roll because they claimed to be non-citizens.  This list

was generated as part of the analysis referenced in my testimony before the State House Government Committee on October 25, 2017.

35.     The Commonwealth does not have a list maintenance program to identify and remove non-citizens and therefore there are no records relating to such programs.

36.     The third category of records sought by PILF are communications with jury selection officials relating to individuals who claimed to be non-U.S. citizens when attempting to avoid serving on jury duty and maintenance actions taken as a result.

37.     As I explained in my deposition, the Department of State occasionally receives letters from jury officials identifying persons who were summoned for jury duty and who asked to be excused because they were not citizens.

38.     When the Department receives such letters, they are forwarded to the respective county to take appropriate action. Again, counties, not the Department, are entrusted with responsibility for investigating voter eligibility.

39.     The Department of State advised PILF as much in 2016 in a written response to PILF's similar request for communications with jury selection officials. The April 12, 2016 letter states in pertinent part: "[T]he Department receives non-citizen information on occasion from the U.S. district courts in

Pennsylvania. The Department forwards the information to the appropriate county voter registration commission."

40. A search by Department of State personnel did not uncover any such letters from October 2015 (two years prior to PILF's original NBRA request) to March 2019 (the date of PILF's renewed request). There are no records to produce in response to the third category.

41. PILF's final request for records relates to communications with prosecutors and law enforcement agencies concerning voting by non-citizens.

42. The Department of State has not communicated with federal or state prosecutors concerning any individual who was identified as a non-citizen or who sought to cancel his or her registration based on non-citizenship. Further, information received from county officials and other sources suggests that the software error allowed persons to register to vote inadvertently and without any intent to violate the law.

43. The Department has no records to produce in response to the fourth category.

44. The Commonwealth has no systematic program to identify and remove non-citizens from the voting rolls and therefore no list maintenance records to produce in response to PILF's requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Jonathan M. Marks

Date:  May 3, 2021

# Exhibit A



**pennsylvania**
DEPARTMENT OF STATE

April 27, 2018

[ADDRESS BLOCK]

Dear Mr./Ms. [NAME]:

As has been previously reported, the voter registration system at the Pennsylvania Department of Transportation (PennDOT) may have allowed individuals to inadvertently apply to register to vote when obtaining or renewing a driver's license or photo ID. System changes were implemented last year to correct this longstanding technical issue with the Motor Voter electronic system and to prevent future occurrences of this issue. While reviewing this issue, the Department of State discovered that additional individuals may also require confirmation of voter registration requirements.

To ensure and confirm the accuracy of your voter information, you may review and update your status and information by visiting the Department of State's online voter registration system at www.votespa.com, by calling **1-877-VOTESPA (1-877-868-3772)** or by contacting your local county election office. **Please do not contact PennDOT about this matter.**

To register to vote in Pennsylvania, you must be:

- *A citizen of the United States* for at least one month before the next primary, special, municipal, or general election.

- *A resident of Pennsylvania and the election district* in which you want to register and vote for at least 30 days before the next primary, special, municipal, or general election.

- *At least 18 years of age* on or before the day of the next primary, special, municipal, or general election.

If you meet all of these requirements, you may disregard this notice. If you do not meet these requirements or you are unsure, you can contact the county election office where you are registered. You may find county election office contact information at www.votespa.com/county. Thank you for your prompt attention to this matter.

Pennsylvania Department of State
Bureau of Commissions, Elections,
and Legislation

# Exhibit B



[VOTER ID #]

June 12, 2018

[NAME]
[ADDRESS 1, 2, 3][ADDRESS 4]
[ADDRESS 5]
[CITY, STATE, ZIP]

Dear Mr./Ms. [NAME]:

As previously reported, the voter registration system may have allowed individuals to mistakenly register to vote when they were not eligible to vote. System changes were implemented last year at the Pennsylvania Department of Transportation (PennDOT) to correct a longstanding technical issue and to prevent future occurrences. Your response to this letter will either 1) Verify that you are eligible to vote, or 2) Request cancellation of your voter registration if you are not eligible.

To register to vote in Pennsylvania, you must be:

- *A citizen of the United States* for at least one month before the next primary, special, municipal, or general election.

- *A resident of Pennsylvania and the election district* in which you want to register and vote for at least 30 days before the next primary, special, municipal, or general election.

- *At least 18 years of age* on or before the day of the next primary, special, municipal, or general election.

**If you meet all of these requirements, please check and sign below and return this letter in the enclosed self-addressed envelope or directly to PA Department of State Bureau of Elections, 401 North Street, Room 210, Harrisburg, PA 17120 by June 22, 2018.**

☐ **I meet all three of the above requirements to vote in Pennsylvania.**

---

Print Name                    Sign Name                    Date

**If you do not meet all of the above requirements, please complete the enclosed form to request that your registration be canceled and return this form in the enclosed self-addressed envelope, or directly to the PA Department of State, Bureau of Elections by June 22, 2018.**

If you have questions you may visit PA's online voter registration system at www.votespa.com or call 1-877-VOTESPA (1-877-868-3772), or contact your county election office. A list of county election offices may be found at: www.votespa.com/county.

If you have questions about citizenship, assistance is available from the organizations in the following link: https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city. The list of organizations is also enclosed with this letter.

It is very important that you complete and return this form **by June 22, 2018. Failure to respond will likely result in further action regarding your voter registration.** Thank you for your prompt attention to this matter.

Pennsylvania Department of State
Bureau of Commissions, Elections, and Legislation



[VOTER ID #]

12 de junio de 2018

[NAME]
[ADDRESS 1, 2, 3][ADDRESS LINE 4]
[ADDRESS 5]
[CITY, STATE, ZIP]

Estimado/a Sr. / Sra. [NAME]:

Como le habíamos informado anteriormente, el sistema de registro de votantes puede haber permitido a personas por error o inadvertidamente registrarse para votar cuando no eran elegibles para votar. El año pasado, se hicieron cambios al sistema en el Departamento de Transportación de Pennsylvania (PennDOT) para corregir un antiguo defecto al sistema electrónico de registro y para prevenir que ocurra en el futuro. Su respuesta a esta carta 1) confirmará que usted es elegible para votar, o 2) pedir que su registración de votante se cancele si usted no es elegible.

Para registrarse para votar en Pennsylvania, debe ser:

- *Ciudadano de los Estados Unidos* por lo menos un mes antes de la próxima elección primaria, especial, municipal o general.

- *Residente de Pennsylvania y el distrito electoral* en el que desea registrarse y votar por lo menos 30 días antes de la próxima elección primaria, especial, municipal o general.

- *Al menos 18 años de edad* en o antes del día de la próxima elección primaria, especial, municipal o general.

**Si usted cumple con todos estos requisitos, favor de marcar el cuadro, firmar y devolver esta carta en el sobre con dirección ya incluida, o directamente al Departamento de Estado de Pennsylvania, Oficina de Elecciones (Department of State, Bureau of Elections), 401 North Street, Room 210, Harrisburg, PA 17120, antes del 22 de junio de 2018.**

☐ **Yo cumplo con todos los tres requisitos indicados arriba para votar en Pennsylvania.**

_____    _____    _____
Nombre en letra de molde                              Firma                              Fecha

**Si usted no cumple con todos los requisitos indicados arriba, favor de completar el formulario adjunto para pedir que su registración se cancele, y devolver este formulario en el sobre adjunto con dirección incluida, o directamente al Departamento de Estado de Pennsylvania, Oficina de Elecciones antes del 22 de junio de 2018.**

Si usted tiene preguntas, puede visitar el sistema en línea de registración para votar de Pennsylvania en www.votespa.com o llamar al 1-877-VOTESPA (1-877-868-3772), o contactar la oficina de registración de votantes de su condado. Un listado de estas oficinas puede encontrarse en www.votespa.com/county.

Si usted tiene preguntas sobre ciudadanía, puede solicitar ayuda de una de las organizaciones que se encuentran en el siguiente enlace: https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city. Un listado de estas organizaciones también se encuentra adjunto a esta carta.

**Es muy importante que usted complete y devuelva este formulario antes del 22 de junio de 2018. De no contestar, es probable que ocurra otra acción con respecto a su registración de votante.** Gracias por su pronta atención a este asunto.

Departamento de Estado de Pennsylvania
Oficina de Comisiones, Elecciones y Legislación

### PENNSYLVANIA

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Allentown** | | | |
| Catholic Charities Diocese of Allentown-Allentown Office | 08/09/89 | 01/18/19 | Active |
| Principal Office 900 South Woodward Street Allentown, PA 18103 (610) 435-1541 | | | |
| **Chambersburg** | | | |
| Franklin County Legal Services | 01/16/15 | 01/18/20 | Active |
| Principal Office 14 North Main Street Suite #401 Chambersburg, PA 17201 (717) 262-2326 | | | |
| **Erie** | | | |
| International Institute of Erie, PA, Inc. | 06/20/58 | 01/18/19 | Active |
| Principal Office 517 E. 26th Street Erie, PA 16504 (814) 452-3935 | | | |
| Multicultural Community Resource Center (MCRC) Formerly: Hispanic American Council, Inc. | 02/17/98 | 01/18/19 | Active |
| Principal Office 554 East 10th Street Erie, PA 16503 (814) 455-0212 | | | |
| **Harrisburg** | | | |
| Catholic Charities of Harrisburg | 05/06/15 | 01/18/20 | Active |
| Principal Office 939 East Park Drive Suite 102 Harrisburg, PA 17111 (717) 657-4804 | | | |
| International Service Center, Inc. | 01/30/90 | 01/18/19 | Active |
| Principal Office 21 South River Street Harrisburg, PA 17101 (717) 236-9401 | | | |
| **Kennett Square** | | | |
| El Comité de Apoyo a los Trabajadores Agrícolas -CATA The Farmworkers' Support Committee | 05/15/13 | 01/18/20 | Active |
| Principal Office 220 Birch Street Kennett Square, PA 19348 (856) 881-2507 | | | |
| **Lancaster** | | | |
| Church World Service Lancaster | 08/17/06 | 01/18/19 | Active |
| Principal Office 308 East King Street Lancaster, PA 17602 (707) 381-2890 | | | |
| PRIME - Ecumenical Commitment to Refugees - Lancaster Office | 09/13/96 | 01/18/19 | Active |
| Principal Office 604 New Holland Avenue, Suite G Lancaster, PA 17602 (717) 396-9300 | | | |
| **Lansdowne** | | | |
| PRIME - Ecumenical Commitment to Refugees- Lansdowne Office | 02/23/96 | 01/18/19 | Active |
| Principal Office 129 Owen Avenue Lansdowne, PA 19050 (610) 259-4500 | | | |

# U.S. DEPARTMENT OF JUSTICE
## RECOGNIZED IMMIGRATION ORGANIZATIONS AND ACCREDITED REPRESENTATIVES

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Philadelphia** | | | |
| African Cultural Alliance of North America Inc. | 07/28/10 | 01/18/20 | Active |
| Principal Office 5530 Chester Ave 2nd Floor Philadelphia, PA 19143 (215) 729-8225 | | | |
| Aquinas Center | 04/20/18 | 04/20/20 | Active |
| Principal Office 1700 Fernon Street Philadelphia, PA 19145 (267) 702-3454 | | | |
| Catholic Social Services, Archdiocese of Philadelphia Immigration Legal Services | 03/30/82 | 01/18/19 | Active |
| Principal Office 227 North 18th Street Philadelphia, PA 19103 (215) 854-7019 | | | |
| Esperanza Immigration Legal Services (EILS) | 04/13/11 | 01/18/20 | Active |
| Principal Office 4261 North 5th Street Philadelphia, PA 19140 (215) 324-0746 | | | |
| HIAS and Council Migration Service of Philadelphia (HIAS Pennsylvania) | 06/11/76 | 01/18/19 | Active |
| Principal Office 2100 Arch Street 3rd Floor Philadelphia, PA 19103 (215) 832-0900 | | | |
| Mil Mujeres, Inc. | 12/20/13 | 01/18/20 | Active |
| Philadelphia Extension Office 2424 E. York Street Suite 218 Philadelphia, PA 19125 (267) 603-1845 | | | |
| Nationalities Service Center | 07/02/58 | 01/18/19 | Active |
| Principal Office 1216 Arch Street 4th Floor Philadelphia, PA 19107 (215) 893-8400 | | | |
| New World Association of Emigrants from Eastern Europe | 06/09/17 | 06/09/19 | Active |
| Principal Office 9857 Bustleton Ave Philadelphia, PA 19115 (215) 856-7316 | | | |
| The Sisters of Saint Joseph Welcome Center | 06/29/11 | 01/18/19 | Active |
| Principal Office 728 E. Allegheny Avenue Philadelphia, PA 19134 (215) 634-1696 | | | |
| **Phoenixville** | | | |
| Phoenixville Healthcare Access Foundation (HealthCare Access) | 10/28/14 | 01/18/20 | Active |
| Principal Office 723 Wheatland Street Suite 2C P.O. Box 591 Phoenixville, PA 19460 (610) 935-3165 | | | |

# U.S. DEPARTMENT OF JUSTICE
## RECOGNIZED IMMIGRATION ORGANIZATIONS AND ACCREDITED REPRESENTATIVES

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Pittsburgh** | | | |
| Acculturation for Justice, Access and Peace Outreach (AJAPO)<br><br>Principal Office<br>2900 Bedford Avenue,<br>Pittsburgh, PA 15219<br>(412) 391-4985 | 09/01/09 | 01/18/20 | Active |
| Christian Immigration Advocacy Center<br><br>Principal Office<br>Allegheny Center Alliance Church<br>250 East Ohio Street<br>Pittsburgh, PA 15212<br>(412) 532-6181 | 05/11/18 | 05/11/20 | Active |
| Jewish Family & Children's Service of Pittsburgh<br><br>Principal Office<br>5743 Bartlett Street<br>Pittsburgh, PA 15217<br>(412) 422-7200 | 03/31/01 | 01/18/19 | Active |
| **Reading** | | | |
| Catholic Charities Diocese of Allentown-Reading Office<br><br>Principal Office<br>234 Grace Street<br>Reading, PA 19611<br>(610) 376-7144 | 10/04/01 | 01/18/19 | Active |
| **Scranton** | | | |
| Catholic Social Services Diocese of Scranton<br><br>Principal Office<br>516 Fig St.<br>Scranton, PA 18505<br>(570) 207-2283 | 09/25/98 | 01/18/19 | Active |
| **Williamsport** | | | |
| Thrive International Programs, Inc.<br><br>Principal Office<br>420 Elmira Street<br>Williamsport, PA 17701<br>(570) 337-2898 | 09/08/17 | 09/08/19 | Active |
| **York** | | | |
| Pennsylvania Immigration Resource Center<br><br>Principal Office<br>112 Pleasant Acres Rd., Suite 1<br>P.O. Box 20339<br>York, PA 17402<br>(717) 600-8099 | 12/04/01 | 01/18/19 | Active |

For more information, visit https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city

# VOTER REQUEST TO CANCEL REGISTRATION



This form can **only** be completed by the voter. You may voluntarily **cancel your voter registration** by completing this form. Please mail or deliver to your county voter registration office. To find a list of of these offices, please see page 2.

| **STEP 1:** | **STEP 2:** | **STEP 3:** |
|---|---|---|
| Fill out the form | Sign and date the form | Mail or deliver to your county voter registration office |

## I no longer wish to be registered to vote in Pennsylvania.

**Printed Name**

Last name      Jr   Sr   II   III   IV   (Circle if applicable)

First name      Middle name or initial

**Identification**
This information will only be used to locate your record on file and process your request. Your ID information will be confidential.

PA driver's license or PennDOT ID card number | | | | | | | | |   or

Last four digits of your Social Security number   X X X - X X - | | | |

Date of birth | | / | | / | | | |   M M / D D / Y Y Y Y

**Address**
Please write the address where you are registered to vote in Pennsylvania.

Street Address (Not P.O. Box)      Apt. Number

City/Town      State **PA**   Zip Code | | | | |

Municipality      County

**Contact**
Please add your contact information in case there are any questions.

Phone | | | - | | | - | | | |   (Optional)

Email (Optional)

**Signature** _____ Date _____

🛈 **NOTICE**    False statements on this form are punishable pursuant to 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

     BCEL-20180604ocp

# County Voter Registration Office addresses

**Mail or deliver you request to cancel your voter registration to the office in your county.**

For a listing of county email addresses, go to www.votesPA.com.

**Adams**
117 Baltimore St
Rm 106
Gettysburg PA 17325
(717) 337-9832

**Allegheny**
542 Forbes Ave
Ste 609
Pittsburgh PA 15219-2913
(412) 350-4500

**Armstrong**
Administration Bldg
450 E Market St
Ste 207
Kittanning PA 16201
(724) 548-3222

**Beaver**
810 Third St
Beaver PA 15009
(724) 770-4440

**Bedford**
200 S Juliana St
3rd Fl
Bedford PA 15522
(814) 623-4807

**Berks**
633 Court St
1st Fl
Reading PA 19601
(610) 478-6490

**Blair**
423 Allegheny St
Ste 043
Hollidaysburg PA 16648-2022
(814) 693-3150

**Bradford**
6 Court St
Ste 2
Towanda PA 18848
(570) 265-1717

**Bucks**
55 E Court St
Doylestown PA 18901-4318
(215) 348-6163

**Butler**
PO Box 1208
Butler PA 16003
(724) 284-5308

**Cambria**
200 S Center St
Ebensburg PA 15931
(814) 472-1464

**Cameron**
20 E Fifth St
Emporium PA 15834-1469
(814) 486-9321

**Carbon**
76 Susquehanna St
PO Box 170
Jim Thorpe PA 18229-0170
(570) 325-4801

**Centre**
420 Holmes St
Willowbank Office Bldg
Bellefonte PA 16823-1486
(814) 355-6703

**Chester**
601 Westtown Rd
Ste 150
PO Box 2747
West Chester PA 19380-0990
(610) 344-6410

**Clarion**
330 Main St
Rm 103
Clarion PA 16214
(814) 226-4000 Ext 2205

**Clearfield**
212 E Locust St
Ste 106
Clearfield PA 16830
(814) 765-2642 ext 5053

**Clinton**
232 E Main St
Garden Bldg
3rd Fl
Lock Haven PA 17745-1385
(570) 893-4019

**Columbia**
PO Box 380
Bloomsburg PA 17815-0380
(570) 389-5640

**Crawford**
903 Diamond Park
Meadville PA 16335
(814) 333-7308

**Cumberland**
1601 Ritner Highway
Ste 201
Carlisle PA 17013
(717) 240-6385

**Dauphin**
PO Box 1295
Harrisburg PA 17108-1295
(717) 780-6360

**Delaware**
Govt Center Bldg
201 W Front St
Media PA 19063-2728
(610) 891-4659

**Elk**
300 Center St
PO Box 448
Ridgway PA 15853-0448
(814) 776-5337

**Erie**
140 W 6th St
Rm 112
Erie PA 16501
(814) 451-6276

**Fayette**
22 E Main St
Public Service Bldg
Uniontown PA 15401
(724) 430-1289

**Forest**
526 Elm St
Box 3
Tionesta PA 16353
(814) 755-3537

**Franklin**
157 Lincoln Way East
Chambersburg PA 17201-2211
(717) 261-3886

**Fulton**
116 W Market St
Ste 203
McConnellsburg PA 17233
(717) 485-3691

**Greene**
93 E High St
Rm 102
Waynesburg PA 15370
(724) 852-5230

**Huntingdon**
223 Penn St Courthouse
Huntingdon PA 16652-1486
(814) 643-3091 Ext 205

**Indiana**
825 Philadelphia St
Indiana PA 15701-3934
(724) 465-3852

**Jefferson**
155 Main St
Jefferson Place
Brookville PA 15825-1269
(814) 849-1693

**Juniata**
1 N Main St
PO Box 68
Mifflintown PA 17059
(717) 436-7706

**Lackawanna**
2400 Stafford Ave
PO Box 4524
Scranton PA 18505
(570) 963-6737

**Lancaster**
150 N Queen St
Ste 117
Lancaster PA 17603-3562
(717) 299-8293

**Lawrence**
430 Court St
New Castle PA 16101
(724) 656-2161

**Lebanon**
400 S 8th St
Municipal Bldg
Rm 209
Lebanon PA 17042
(717) 228-4428

**Lehigh**
17 S 7th St
Allentown PA 18101-2401
(610) 782-3194

**Luzerne**
20 N Pennsylvania Ave
Ste 207
Wilkes-Barre PA 18701
(570) 825-1715

**Lycoming**
48 W Third St
Williamsport PA 17701-9536
(570) 327-2267

**McKean**
500 W Main St
Courthouse
Smethport PA 16749
(814) 887-3203

**Mercer**
5 Courthouse
Mercer PA 16137-1227
(724) 662-7542

**Mifflin**
20 N Wayne St
Lewistown PA 17044
(717) 248-6571

**Monroe**
One Quaker Plaza
Rm 105
Stroudsburg PA 18360
(570) 517-3165

**Montgomery**
Montgomery County
Courthouse
Voter Services
PO Box 311
Norristown PA 19404-0311
(610) 278-3280

**Montour**
29 Mill St
Danville PA 17821
(570) 271-3000

**Northampton**
670 Wolf Ave
Easton PA 18042
(610) 559-3055

**Northumberland**
320 N 2nd St
Ste 1
Sunbury PA 17801
(570) 988-4208

**Perry**
PO Box 37
New Bloomfield PA 17068
(717) 582-2131 ext 4110

**Philadelphia**
520 N Columbus Blvd
Philadelphia PA 19123-4295
(215) 686-1590

**Pike**
506 Broad St
Milford PA 18337
(570) 296-3427

**Potter**
1 N Main St
Ste 204
Coudersport PA 16915
(814) 274-8467

**Schuylkill**
420 N Centre St
Pottsville PA 17901
(570) 628-1467

**Snyder**
PO Box 217
Middleburg PA 17842-0217
(570) 837-4207

**Somerset**
300 N Center Ave
Ste 340
Somerset PA 15501
(814) 445-1549

**Sullivan**
245 Muncy St
PO Box 157
Laporte PA 18626
(570) 946-5201

**Susquehanna**
PO Box 218
105 Maple St
Montrose PA 18801
(570) 278-6697

**Tioga**
118 Main St
Wellsboro PA 16901
(570) 723-8230

**Union**
155 N 15th St
Lewisburg PA 17837-8822
(570) 524-8681

**Venango**
1174 Elk St
PO Box 831
Franklin PA 16323-0831
(814) 432-9514

**Warren**
204 4th Ave
Warren PA 16365
(814) 728-3406

**Washington**
100 W Beau St
Rm 206
Washington PA 15301
(724) 228-6750

**Wayne**
925 Court St
Honesdale PA 18431
(570) 253-5978

**Westmoreland**
2 N Main St
Ste 109
Greensburg PA 15601
(724) 830-3150

**Wyoming**
1 Courthouse Sq
Tunkhannock PA 18657
(570) 996-2226

**York**
28 E Market St
York PA 17401-1579
(717) 771-9604

# PETICIÓN DEL VOTANTE PARA ANULAR SU INSCRIPCIÓN



Este formulario debe llenarse **solamente** por el votante. Por iniciativa propia, usted puede **anular su propia** inscripción electoral al completar este formulario. Favor de entregarlo (o enviarlo por correo) a la oficina de inscripción de votantes de su condado. Pueden encontrar las direcciones de esas oficinas en la página 2.

| **PRIMER PASO:** | **SEGUNDO PASO:** | **TERCER PASO:** |
|---|---|---|
| Completar el formulario | Firme y feche el formulario | Entregar o enviar por correo a la oficina de inscripción de su condado |

## Deseo cancelar mi inscripción de votante en Pennsylvania.

**Nombre en letra de molde**

Apellido(s)     Jr   Sr   II   III   IV   (Indicar si aplica)

Nombre(s)

**Identificación**
Esta información se utilizará solamente para ubicar su expediente y procesar su petición. Su información se guardará confidencialmente.

Número de licencia de conducir (expedida por Pennsylvania) o de tarjeta de identificación de PennDOT

       o

Últimos cuatro dígitos de su número de seguro social (Social Security Number)   X X X - X X -

Fecha de nacimiento   /   /     M E S / D I A / A Ñ O

**Dirección**
Favor de indicar la dirección en la cual existe su inscripción actual de votante.

Calle y número (no apartado postal)     Apartamento

Ciudad     Estado **PA**   Código ZIP

Municipalidad     Condado

**Contacto**
Favor de agregar sus datos de contacto en caso de que haya preguntas.

Teléfono     -   -    (opcional)

Correo electrónico (opcional)

**Firma**       Fecha

**⚠ AVISO**   Las declaraciones falsas en este formulario son sancionables según 18 Pa.C.S. § 4904 (falsificaciones no juradas a las autoridades).

# Direcciones de oficinas de inscripción de votantes de los condados

**Entregar o enviar por correo su petición para anular registración a la oficina de su condado.**

Para obtener direcciones de correo electrónico de los condados, visite a www.votesPA.com.

**Adams**
117 Baltimore St
Rm 106
Gettysburg PA 17325
(717) 337-9832

**Allegheny**
542 Forbes Ave
Ste 609
Pittsburgh PA 15219-2913
(412) 350-4500

**Armstrong**
Administration Bldg
450 E Market St
Ste 207
Kittanning PA 16201
(724) 548-3222

**Beaver**
810 Third St
Beaver PA 15009
(724) 770-4440

**Bedford**
200 S Juliana St
3rd Fl
Bedford PA 15522
(814) 623-4807

**Berks**
633 Court St
1st Fl
Reading PA 19601
(610) 478-6490

**Blair**
423 Allegheny St
Ste 043
Hollidaysburg PA 16648-2022
(814) 693-3150

**Bradford**
6 Court St
Ste 2
Towanda PA 18848
(570) 265-1717

**Bucks**
55 E Court St
Doylestown PA 18901-4318
(215) 348-6163

**Butler**
PO Box 1208
Butler PA 16003
(724) 284-5308

**Cambria**
200 S Center St
Ebensburg PA 15931
(814) 472-1464

**Cameron**
20 E Fifth St
Emporium PA 15834-1469
(814) 486-9321

**Carbon**
76 Susquehanna St
PO Box 170
Jim Thorpe PA 18229-0170
(570) 325-4801

**Centre**
420 Holmes St
Willowbank Office Bldg
Bellefonte PA 16823-1486
(814) 355-6703

**Chester**
601 Westtown Rd
Ste 150
PO Box 2747
West Chester PA 19380-0990
(610) 344-6410

**Clarion**
330 Main St
Rm 103
Clarion PA 16214
(814) 226-4000 Ext 2205

**Clearfield**
212 E Locust St
Ste 106
Clearfield PA 16830
(814) 765-2642 ext 5053

**Clinton**
232 E Main St
Garden Bldg
3rd Fl
Lock Haven PA 17745-1385
(570) 893-4019

**Columbia**
PO Box 380
Bloomsburg PA 17815-0380
(570) 389-5640

**Crawford**
903 Diamond Park
Meadville PA 16335
(814) 333-7308

**Cumberland**
1601 Ritner Highway
Ste 201
Carlisle PA 17013
(717) 240-6385

**Dauphin**
PO Box 1295
Harrisburg PA 17108-1295
(717) 780-6360

**Delaware**
Govt Center Bldg
201 W Front St
Media PA 19063-2728
(610) 891-4659

**Elk**
300 Center St
PO Box 448
Ridgway PA 15853-0448
(814) 776-5337

**Erie**
140 W 6th St
Rm 112
Erie PA 16501
(814) 451-6276

**Fayette**
22 E Main St
Public Service Bldg
Uniontown PA 15401
(724) 430-1289

**Forest**
526 Elm St
Box 3
Tionesta PA 16353
(814) 755-3537

**Franklin**
157 Lincoln Way East
Chambersburg PA 17201-2211
(717) 261-3886

**Fulton**
116 W Market St
Ste 203
McConnellsburg PA 17233
(717) 485-3691

**Greene**
93 E High St
Rm 102
Waynesburg PA 15370
(724) 852-5230

**Huntingdon**
223 Penn St Courthouse
Huntingdon PA 16652-1486
(814) 643-3091 Ext 205

**Indiana**
825 Philadelphia St
Indiana PA 15701-3934
(724) 465-3852

**Jefferson**
155 Main St
Jefferson Place
Brookville PA 15825-1269
(814) 849-1693

**Juniata**
1 N Main St
PO Box 68
Mifflintown PA 17059
(717) 436-7706

**Lackawanna**
2400 Stafford Ave
PO Box 4524
Scranton PA 18505
(570) 963-6737

**Lancaster**
150 N Queen St
Ste 117
Lancaster PA 17603-3562
(717) 299-8293

**Lawrence**
430 Court St
New Castle PA 16101
(724) 656-2161

**Lebanon**
400 S 8th St
Municipal Bldg
Rm 209
Lebanon PA 17042
(717) 228-4428

**Lehigh**
17 S 7th St
Allentown PA 18101-2401
(610) 782-3194

**Luzerne**
20 N Pennsylvania Ave
Ste 207
Wilkes-Barre PA 18701
(570) 825-1715

**Lycoming**
48 W Third St
Williamsport PA 17701-9536
(570) 327-2267

**McKean**
500 W Main St
Courthouse
Smethport PA 16749
(814) 887-3203

**Mercer**
5 Courthouse
Mercer PA 16137-1227
(724) 662-7542

**Mifflin**
20 N Wayne St
Lewistown PA 17044
(717) 248-6571

**Monroe**
One Quaker Plaza
Rm 105
Stroudsburg PA 18360
(570) 517-3165

**Montgomery**
Montgomery County
Courthouse
Voter Services
PO Box 311
Norristown PA 19404-0311
(610) 278-3280

**Montour**
29 Mill St
Danville PA 17821
(570) 271-3000

**Northampton**
670 Wolf Ave
Easton PA 18042
(610) 559-3055

**Northumberland**
320 N 2nd St
Ste 1
Sunbury PA 17801
(570) 988-4208

**Perry**
PO Box 37
New Bloomfield PA 17068
(717) 582-2131 ext 4110

**Philadelphia**
520 N Columbus Blvd
Philadelphia PA 19123-4295
(215) 686-1590

**Pike**
506 Broad St
Milford PA 18337
(570) 296-3427

**Potter**
1 N Main St
Ste 204
Coudersport PA 16915
(814) 274-8467

**Schuylkill**
420 N Centre St
Pottsville PA 17901
(570) 628-1467

**Snyder**
PO Box 217
Middleburg PA 17842-0217
(570) 837-4207

**Somerset**
300 N Center Ave
Ste 340
Somerset PA 15501
(814) 445-1549

**Sullivan**
245 Muncy St
PO Box 157
Laporte PA 18626
(570) 946-5201

**Susquehanna**
PO Box 218
105 Maple St
Montrose PA 18801
(570) 278-6697

**Tioga**
118 Main St
Wellsboro PA 16901
(570) 723-8230

**Union**
155 N 15th St
Lewisburg PA 17837-8822
(570) 524-8681

**Venango**
1174 Elk St
PO Box 831
Franklin PA 16323-0831
(814) 432-9514

**Warren**
204 4th Ave
Warren PA 16365
(814) 728-3406

**Washington**
100 W Beau St
Rm 206
Washington PA 15301
(724) 228-6750

**Wayne**
925 Court St
Honesdale PA 18431
(570) 253-5978

**Westmoreland**
2 N Main St
Ste 109
Greensburg PA 15601
(724) 830-3150

**Wyoming**
1 Courthouse Sq
Tunkhannock PA 18657
(570) 996-2226

**York**
28 E Market St
York PA 17401-1579
(717) 771-9604

# Exhibit C



**pennsylvania**
DEPARTMENT OF STATE

[VOTER ID #]

June 29, 2018

[NAME]
[ADDRESS 1, 2, 3][ADDRESS 4]
[ADDRESS 5]
[CITY, STATE, ZIP]

Dear Mr./Ms. [NAME]:

As outlined in our letter to you dated June 12, 2018, the voter registration system may have allowed some people to mistakenly register to vote in Pennsylvania when they did not meet registration requirements. We did not receive your response to the June 12 letter and need a response to this letter to confirm your eligibility to vote. Please respond to this letter **no later than <u>July 12, 2018</u>.**

In order to register to vote, you must be:

- ✓ *A citizen of the United States* for at least one month before the next primary, special, municipal, or general election.

- ✓ *A resident of Pennsylvania and the election district* in which you want to register and vote for at least 30 days before the next primary, special, municipal, or general election.

- ✓ *At least 18 years of age* on or before the day of the next primary, special, municipal, or general election.

**If you meet these requirements, please sign below and return this letter in the enclosed envelope to the PA Department of State, Bureau of Elections, 401 North Street, Room 210, Harrisburg, PA 17120.**

**By signing below, I affirm I meet all three of the above requirements to vote in Pennsylvania.**

_____

Printed Name                          Signature                          Date

**If you do not meet these requirements, please complete the enclosed request form to cancel your voter registration. Then return the request form in the enclosed envelope to the PA Department of State, Bureau of Elections.**

**It is very important that you respond to this letter by <u>July 12, 2018</u>.** If we do not receive your response, we will forward the matter to your county voter registration office. Please send back this letter or the cancellation request form today.

If you have questions about citizenship, a list of organizations is enclosed with this letter and information is available at: <u>https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city</u>.

For more information, call 1-877-VOTESPA (1-877-868-3772), or contact your county election office. A list of county election offices may be found at: <u>www.votespa.com/county</u>.

PA Department of State
Bureau of Commissions, Elections, and Legislation


[VOTER ID #]

29 de junio de 2018

[NAME]
[ADDRESS 1, 2, 3][ADDRESS 4]
[ADDRESS 5]
[CITY, STATE, ZIP]

Estimado/a Sr. / Sra. [NAME]:

Como le informamos en nuestra carta del 12 de junio de 2018, el sistema de registro de votantes puede haber permitido a algunas personas por error o inadvertidamente registrarse para votar en Pennsylvania aun cuando no cumplían con los requisitos para registrarse. No recibimos su respuesta a la carta del 12 de junio y necesitamos una respuesta para confirmar su elegibilidad para votar. Favor de contestar a esta carta **antes del 12 de julio de 2018.**

Para registrarse para votar, debe ser:

- *Ciudadano de los Estados Unidos* por lo menos un mes antes de la próxima elección primaria, especial, municipal o general.

- *Residente de Pennsylvania y el distrito electoral* en el que desea registrarse y votar por lo menos 30 días antes de la próxima elección primaria, especial, municipal o general.

- *Al menos 18 años de edad* en o antes del día de la próxima elección primaria, especial, municipal o general.

**Si usted cumple con estos requisitos, favor de firmar y devolver esta carta en el sobre incluido, directamente al Departamento de Estado de Pennsylvania, Oficina de Elecciones (Department of State, Bureau of Elections), 401 North Street, Room 210, Harrisburg, PA 17120.**

**Por mi firma, yo certifico que cumplo con todos los tres requisitos indicados arriba para votar en Pennsylvania.**

_____
Nombre en letra de molde                          Firma                                  Fecha

**Si usted no cumple con los requisitos indicados arriba, favor de completar el formulario de petición para cancelar su registración. Luego devuelva este formulario de petición en el sobre adjunto al Departamento de Estado de Pennsylvania, Oficina de Elecciones.**

**Es muy importante que usted conteste a esta carta antes del 12 de julio de 2018.** Si no recibimos su respuesta, enviaremos el asunto a la oficina de registración de votantes de su condado. Favor de devolver esta carta o el formulario de petición para cancelar su registración hoy.

Si usted tiene preguntas sobre ciudadanía, un listado de organizaciones se encuentra adjunto a esta carta e información está disponible en https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city.

Para más información, llamar al 1-877-VOTESPA (1-877-868-3772), o contactar la oficina de registración de votantes de su condado. Un listado de estas oficinas puede encontrarse en www.votespa.com/county.

Departamento de Estado de Pennsylvania
Oficina de Comisiones, Elecciones y Legislación

## PENNSYLVANIA

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Allentown** | | | |
| Catholic Charities Diocese of Allentown-Allentown Office | 08/09/89 | 01/18/19 | Active |
| Principal Office 900 South Woodward Street Allentown, PA 18103 (610) 435-1541 | | | |
| **Chambersburg** | | | |
| Franklin County Legal Services | 01/16/15 | 01/18/20 | Active |
| Principal Office 14 North Main Street Suite #401 Chambersburg, PA 17201 (717) 262-2326 | | | |
| **Erie** | | | |
| International Institute of Erie, PA, Inc. | 06/20/58 | 01/18/19 | Active |
| Principal Office 517 E. 26th Street Erie, PA 16504 (814) 452-3935 | | | |
| Multicultural Community Resource Center (MCRC) Formerly: Hispanic American Council, Inc. | 02/17/98 | 01/18/19 | Active |
| Principal Office 554 East 10th Street Erie, PA 16503 (814) 455-0212 | | | |
| **Harrisburg** | | | |
| Catholic Charities of Harrisburg | 05/06/15 | 01/18/20 | Active |
| Principal Office 939 East Park Drive Suite 102 Harrisburg, PA 17111 (717) 657-4804 | | | |
| International Service Center, Inc. | 01/30/90 | 01/18/19 | Active |
| Principal Office 21 South River Street Harrisburg, PA 17101 (717) 236-9401 | | | |
| **Kennett Square** | | | |
| El Comité de Apoyo a los Trabajadores Agrícolas -CATA The Farmworkers' Support Committee | 05/15/13 | 01/18/20 | Active |
| Principal Office 220 Birch Street Kennett Square, PA 19348 (856) 881-2507 | | | |
| **Lancaster** | | | |
| Church World Service Lancaster | 08/17/06 | 01/18/19 | Active |
| Principal Office 308 East King Street Lancaster, PA 17602 (707) 381-2890 | | | |
| PRIME - Ecumenical Commitment to Refugees - Lancaster Office | 09/13/96 | 01/18/19 | Active |
| Principal Office 604 New Holland Avenue, Suite G Lancaster, PA 17602 (717) 396-9300 | | | |
| **Lansdowne** | | | |
| PRIME - Ecumenical Commitment to Refugees- Lansdowne Office | 02/23/96 | 01/18/19 | Active |
| Principal Office 129 Owen Avenue Lansdowne, PA 19050 (610) 259-4500 | | | |

## U.S. DEPARTMENT OF JUSTICE
## RECOGNIZED IMMIGRATION ORGANIZATIONS AND ACCREDITED REPRESENTATIVES

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Philadelphia** | | | |
| African Cultural Alliance of North America Inc. | 07/28/10 | 01/18/20 | Active |
| Principal Office 5530 Chester Ave 2nd Floor Philadelphia, PA 19143 (215) 729-8225 | | | |
| Aquinas Center | 04/20/18 | 04/20/20 | Active |
| Principal Office 1700 Fernon Street Philadelphia, PA 19145 (267) 702-3454 | | | |
| Catholic Social Services, Archdiocese of Philadelphia Immigration Legal Services | 03/30/82 | 01/18/19 | Active |
| Principal Office 227 North 18th Street Philadelphia, PA 19103 (215) 854-7019 | | | |
| Esperanza Immigration Legal Services (EILS) | 04/13/11 | 01/18/20 | Active |
| Principal Office 4261 North 5th Street Philadelphia, PA 19140 (215) 324-0746 | | | |
| HIAS and Council Migration Service of Philadelphia (HIAS Pennsylvania) | 06/11/76 | 01/18/19 | Active |
| Principal Office 2100 Arch Street 3rd Floor Philadelphia, PA 19103 (215) 832-0900 | | | |
| Mil Mujeres, Inc. | 12/20/13 | 01/18/20 | Active |
| Philadelphia Extension Office 2424 E. York Street Suite 218 Philadelphia, PA 19125 (267) 603-1845 | | | |
| Nationalities Service Center | 07/02/58 | 01/18/19 | Active |
| Principal Office 1216 Arch Street 4th Floor Philadelphia, PA 19107 (215) 893-8400 | | | |
| New World Association of Emigrants from Eastern Europe | 06/09/17 | 06/09/19 | Active |
| Principal Office 9857 Bustleton Ave Philadelphia, PA 19115 (215) 856-7316 | | | |
| The Sisters of Saint Joseph Welcome Center | 06/29/11 | 01/18/20 | Active |
| Principal Office 728 E. Allegheny Avenue Philadelphia, PA 19134 (215) 634-1696 | | | |
| **Phoenixville** | | | |
| Phoenixville Healthcare Access Foundation (HealthCare Access) | 10/28/14 | 01/18/20 | Active |
| Principal Office 723 Wheatland Street Suite 2C P.O. Box 591 Phoenixville, PA 19460 (610) 935-3165 | | | |

# U.S. DEPARTMENT OF JUSTICE
## RECOGNIZED IMMIGRATION ORGANIZATIONS AND ACCREDITED REPRESENTATIVES

| Recognized Organization | Date Recognized | Recognition Expiration Date | Organization Status |
|---|---|---|---|
| **Pittsburgh** | | | |
| Acculturation for Justice, Access and Peace Outreach (AJAPO)<br><br>Principal Office<br>2900 Bedford Avenue,<br>Pittsburgh, PA 15219<br>(412) 391-4985 | 09/01/09 | 01/18/20 | Active |
| Christian Immigration Advocacy Center<br><br>Principal Office<br>Allegheny Center Alliance Church<br>250 East Ohio Street<br>Pittsburgh, PA 15212<br>(412) 532-6181 | 05/11/18 | 05/11/20 | Active |
| Jewish Family & Children's Service of Pittsburgh<br><br>Principal Office<br>5743 Bartlett Street<br>Pittsburgh, PA 15217<br>(412) 422-7200 | 03/31/01 | 01/18/19 | Active |
| **Reading** | | | |
| Catholic Charities Diocese of Allentown-Reading Office<br><br>Principal Office<br>234 Grace Street<br>Reading, PA 19611<br>(610) 376-7144 | 10/04/01 | 01/18/19 | Active |
| **Scranton** | | | |
| Catholic Social Services Diocese of Scranton<br><br>Principal Office<br>516 Fig St.<br>Scranton, PA 18505<br>(570) 207-2283 | 09/25/98 | 01/18/19 | Active |
| **Williamsport** | | | |
| Thrive International Programs, Inc.<br><br>Principal Office<br>420 Elmira Street<br>Williamsport, PA 17701<br>(570) 337-2898 | 09/08/17 | 09/08/19 | Active |
| **York** | | | |
| Pennsylvania Immigration Resource Center<br><br>Principal Office<br>112 Pleasant Acres Rd., Suite 1<br>P.O. Box 20339<br>York, PA 17402<br>(717) 600-8099 | 12/04/01 | 01/18/19 | Active |

For more information, visit https://www.justice.gov/eoir/recognized-organizations-and-accredited-representatives-roster-state-and-city

# VOTER REQUEST TO CANCEL REGISTRATION



This form can **only** be completed by the voter. You may voluntarily **cancel <u>your</u> voter registration** by completing this form. Please mail or deliver to your county voter registration office. To find a list of of these offices, please see page 2.

| **STEP 1:** | **STEP 2:** | **STEP 3:** |
|---|---|---|
| Fill out the form | Sign and date the form | Mail or deliver to your county voter registration office |

# I no longer wish to be registered to vote in Pennsylvania.

**Printed Name**

Last name          Jr   Sr   II   III   IV   (Circle if applicable)

First name          Middle name or initial

**Identification**
This information will only be used to locate your record on file and process your request. Your ID information will be confidential.

PA driver's license or PennDOT ID card number

or

Last four digits of your Social Security number   X X X - X X -

Date of birth   /   /   M M / D D / Y Y Y Y

**Address**
Please write the address where you are registered to vote in Pennsylvania.

Street Address (Not P.O. Box)          Apt. Number

City/Town          State **PA**    Zip Code

Municipality          County

**Contact**
Please add your contact information in case there are any questions.

Phone    -    -    (Optional)

Email (Optional)

**Signature**

         Date

 **NOTICE**    False statements on this form are punishable pursuant to 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

# County Voter Registration Office addresses

**Mail or deliver you request to cancel your voter registration to the office in your county.**

For a listing of county email addresses, go to www.votesPA.com.

**Adams**
117 Baltimore St
Rm 106
Gettysburg PA 17325
(717) 337-9832

**Allegheny**
542 Forbes Ave
Ste 609
Pittsburgh PA 15219-2913
(412) 350-4500

**Armstrong**
Administration Bldg
450 E Market St
Ste 207
Kittanning PA 16201
(724) 548-3222

**Beaver**
810 Third St
Beaver PA 15009
(724) 770-4440

**Bedford**
200 S Juliana St
3rd Fl
Bedford PA 15522
(814) 623-4807

**Berks**
633 Court St
1st Fl
Reading PA 19601
(610) 478-6490

**Blair**
423 Allegheny St
Ste 043
Hollidaysburg PA 16648-2022
(814) 693-3150

**Bradford**
6 Court St
Ste 2
Towanda PA 18848
(570) 265-1717

**Bucks**
55 E Court St
Doylestown PA 18901-4318
(215) 348-6163

**Butler**
PO Box 1208
Butler PA 16003
(724) 284-5308

**Cambria**
200 S Center St
Ebensburg PA 15931
(814) 472-1464

**Cameron**
20 E Fifth St
Emporium PA 15834-1469
(814) 486-9321

**Carbon**
76 Susquehanna St
PO Box 170
Jim Thorpe PA 18229-0170
(570) 325-4801

**Centre**
420 Holmes St
Willowbank Office Bldg
Bellefonte PA 16823-1486
(814) 355-6703

**Chester**
601 Westtown Rd
Ste 150
PO Box 2747
West Chester PA 19380-0990
(610) 344-6410

**Clarion**
330 Main St
Rm 103
Clarion PA 16214
(814) 226-4000 Ext 2205

**Clearfield**
212 E Locust St
Ste 106
Clearfield PA 16830
(814) 765-2642 ext 5053

**Clinton**
232 E Main St
Garden Bldg
3rd Fl
Lock Haven PA 17745-1385
(570) 893-4019

**Columbia**
PO Box 380
Bloomsburg PA 17815-0380
(570) 389-5640

**Crawford**
903 Diamond Park
Meadville PA 16335
(814) 333-7308

**Cumberland**
1601 Ritner Highway
Ste 201
Carlisle PA 17013
(717) 240-6385

**Dauphin**
PO Box 1295
Harrisburg PA 17108-1295
(717) 780-6360

**Delaware**
Govt Center Bldg
201 W Front St
Media PA 19063-2728
(610) 891-4659

**Elk**
300 Center St
PO Box 448
Ridgway PA 15853-0448
(814) 776-5337

**Erie**
140 W 6th St
Rm 112
Erie PA 16501
(814) 451-6276

**Fayette**
22 E Main St
Public Service Bldg
Uniontown PA 15401
(724) 430-1289

**Forest**
526 Elm St
Box 3
Tionesta PA 16353
(814) 755-3537

**Franklin**
157 Lincoln Way East
Chambersburg PA 17201-2211
(717) 261-3886

**Fulton**
116 W Market St
Ste 203
McConnellsburg PA 17233
(717) 485-3691

**Greene**
93 E High St
Rm 102
Waynesburg PA 15370
(724) 852-5230

**Huntingdon**
223 Penn St Courthouse
Huntingdon PA 16652-1486
(814) 643-3091 Ext 205

**Indiana**
825 Philadelphia St
Indiana PA 15701-3934
(724) 465-3852

**Jefferson**
155 Main St
Jefferson Place
Brookville PA 15825-1269
(814) 849-1693

**Juniata**
1 N Main St
PO Box 68
Mifflintown PA 17059
(717) 436-7706

**Lackawanna**
2400 Stafford Ave
PO Box 4524
Scranton PA 18505
(570) 963-6737

**Lancaster**
150 N Queen St
Ste 117
Lancaster PA 17603-3562
(717) 299-8293

**Lawrence**
430 Court St
New Castle PA 16101
(724) 656-2161

**Lebanon**
400 S 8th St
Municipal Bldg
Rm 209
Lebanon PA 17042
(717) 228-4428

**Lehigh**
17 S 7th St
Allentown PA 18101-2401
(610) 782-3194

**Luzerne**
20 N Pennsylvania Ave
Ste 207
Wilkes-Barre PA 18701
(570) 825-1715

**Lycoming**
48 W Third St
Williamsport PA 17701-9536
(570) 327-2267

**McKean**
500 W Main St
Courthouse
Smethport PA 16749
(814) 887-3203

**Mercer**
5 Courthouse
Mercer PA 16137-1227
(724) 662-7542

**Mifflin**
20 N Wayne St
Lewistown PA 17044
(717) 248-6571

**Monroe**
One Quaker Plaza
Rm 105
Stroudsburg PA 18360
(570) 517-3165

**Montgomery**
Montgomery County
Courthouse
Voter Services
PO Box 311
Norristown PA 19404-0311
(610) 278-3280

**Montour**
29 Mill St
Danville PA 17821
(570) 271-3000

**Northampton**
670 Wolf Ave
Easton PA 18042
(610) 559-3055

**Northumberland**
320 N 2nd St
Ste 1
Sunbury PA 17801
(570) 988-4208

**Perry**
PO Box 37
New Bloomfield PA 17068
(717) 582-2131 ext 4110

**Philadelphia**
520 N Columbus Blvd
Philadelphia PA 19123-4295
(215) 686-1590

**Pike**
506 Broad St
Milford PA 18337
(570) 296-3427

**Potter**
1 N Main St
Ste 204
Coudersport PA 16915
(814) 274-8467

**Schuylkill**
420 N Centre St
Pottsville PA 17901
(570) 628-1467

**Snyder**
PO Box 217
Middleburg PA 17842-0217
(570) 837-4207

**Somerset**
300 N Center Ave
Ste 340
Somerset PA 15501
(814) 445-1549

**Sullivan**
245 Muncy St
PO Box 157
Laporte PA 18626
(570) 946-5201

**Susquehanna**
PO Box 218
105 Maple St
Montrose PA 18801
(570) 278-6697

**Tioga**
118 Main St
Wellsboro PA 16901
(570) 723-8230

**Union**
155 N 15th St
Lewisburg PA 17837-8822
(570) 524-8681

**Venango**
1174 Elk St
PO Box 831
Franklin PA 16323-0831
(814) 432-9514

**Warren**
204 4th Ave
Warren PA 16365
(814) 728-3406

**Washington**
100 W Beau St
Rm 206
Washington PA 15301
(724) 228-6750

**Wayne**
925 Court St
Honesdale PA 18431
(570) 253-5978

**Westmoreland**
2 N Main St
Ste 109
Greensburg PA 15601
(724) 830-3150

**Wyoming**
1 Courthouse Sq
Tunkhannock PA 18657
(570) 996-2226

**York**
28 E Market St
York PA 17401-1579
(717) 771-9604

# PETICIÓN DEL VOTANTE PARA ANULAR SU INSCRIPCIÓN



Este formulario debe llenarse **solamente** por el votante. Por iniciativa propia, usted puede **anular su propia** inscripción electoral al completar este formulario. Favor de entregarlo (o enviarlo por correo) a la oficina de inscripción de votantes de su condado. Pueden encontrar las direcciones de esas oficinas en la página 2.

| **PRIMER PASO:** | **SEGUNDO PASO:** | **TERCER PASO:** |
|---|---|---|
| Completar el formulario | Firme y feche el formulario | Entregar o enviar por correo a la oficina de inscripción de su condado |

## Deseo cancelar mi inscripción de votante en Pennsylvania.

**Nombre en letra de molde**

Apellido(s)                                              Jr   Sr   II   III   IV   (Indicar si aplica)

Nombre(s)

**Identificación**
Esta información se utilizará solamente para ubicar su expediente y procesar su petición. Su información se guardará confidencialmente.

Número de licencia de conducir (expedida por Pennsylvania) o de tarjeta de identificación de PennDOT

o

Últimos cuatro dígitos de su número de seguro social (Social Security Number)   X X X - X X -

Fecha de nacimiento    |  /  |  /  |    M E S / D I A / A Ñ O

**Dirección**
Favor de indicar la dirección en la cual existe su inscripción actual de votante.

Calle y número   (no apartado postal)                                          Apartamento

Ciudad                                          Estado **PA**   Código ZIP

Municipalidad                              Condado

**Contacto**
Favor de agregar sus datos de contacto en caso de que haya preguntas.

Teléfono   |  |  | - |  |  | - |  |  |  |   (opcional)

Correo electrónico   (opcional)

**Firma**                                          Fecha

**⊗ AVISO**   Las declaraciones falsas en este formulario son sancionables según 18 Pa.C.S. § 4904 (falsificaciones no juradas a las autoridades).

BCEL-20180604ocp

# Direcciones de oficinas de inscripción de votantes de los condados

**Entregar o enviar por correo su petición para anular registración a la oficina de su condado.**

Para obtener direcciones de correo electrónico de los condados, visite a www.votesPA.com.

**Adams**
117 Baltimore St
Rm 106
Gettysburg PA 17325
(717) 337-9832

**Allegheny**
542 Forbes Ave
Ste 609
Pittsburgh PA 15219-2913
(412) 350-4500

**Armstrong**
Administration Bldg
450 E Market St
Ste 207
Kittanning PA 16201
(724) 548-3222

**Beaver**
810 Third St
Beaver PA 15009
(724) 770-4440

**Bedford**
200 S Juliana St
3rd Fl
Bedford PA 15522
(814) 623-4807

**Berks**
633 Court St
1st Fl
Reading PA 19601
(610) 478-6490

**Blair**
423 Allegheny St
Ste 043
Hollidaysburg PA 16648-2022
(814) 693-3150

**Bradford**
6 Court St
Ste 2
Towanda PA 18848
(570) 265-1717

**Bucks**
55 E Court St
Doylestown PA 18901-4318
(215) 348-6163

**Butler**
PO Box 1208
Butler PA 16003
(724) 284-5308

**Cambria**
200 S Center St
Ebensburg PA 15931
(814) 472-1464

**Cameron**
20 E Fifth St
Emporium PA 15834-1469
(814) 486-9321

**Carbon**
76 Susquehanna St
PO Box 170
Jim Thorpe PA 18229-0170
(570) 325-4801

**Centre**
420 Holmes St
Willowbank Office Bldg
Bellefonte PA 16823-1486
(814) 355-6703

**Chester**
601 Westtown Rd
Ste 150
PO Box 2747
West Chester PA 19380-0990
(610) 344-6410

**Clarion**
330 Main St
Rm 103
Clarion PA 16214
(814) 226-4000 Ext 2265

**Clearfield**
212 E Locust St
Ste 106
Clearfield PA 16830
(814) 765-2642 ext 5053

**Clinton**
232 E Main St
Garden Bldg
3rd Fl
Lock Haven PA 17745-1385
(570) 893-4019

**Columbia**
PO Box 380
Bloomsburg PA 17815-0380
(570) 389-5640

**Crawford**
903 Diamond Park
Meadville PA 16335
(814) 333-7308

**Cumberland**
1601 Ritner Highway
Ste 201
Carlisle PA 17013
(717) 240-6385

**Dauphin**
PO Box 1295
Harrisburg PA 17108-1295
(717) 780-6360

**Delaware**
Govt Center Bldg
201 W Front St
Media PA 19063-2728
(610) 891-4659

**Elk**
300 Center St
PO Box 448
Ridgway PA 15853-0448
(814) 776-5337

**Erie**
140 W 6th St
Rm 112
Erie PA 16501
(814) 451-6276

**Fayette**
22 E Main St
Public Service Bldg
Uniontown PA 15401
(724) 430-1289

**Forest**
526 Elm St
Box 3
Tionesta PA 16353
(814) 755-3537

**Franklin**
157 Lincoln Way East
Chambersburg PA 17201-2211
(717) 261-3886

**Fulton**
116 W Market St
Ste 203
McConnellsburg PA 17233
(717) 485-3691

**Greene**
93 E High St
Rm 102
Waynesburg PA 15370
(724) 852-5230

**Huntingdon**
223 Penn St Courthouse
Huntingdon PA 16652-1486
(814) 643-3091 Ext 205

**Indiana**
825 Philadelphia St
Indiana PA 15701-3934
(724) 465-3852

**Jefferson**
155 Main St
Jefferson Place
Brookville PA 15825-1269
(814) 849-1693

**Juniata**
1 N Main St
PO Box 68
Mifflintown PA 17059
(717) 436-7706

**Lackawanna**
2400 Stafford Ave
PO Box 4524
Scranton PA 18505
(570) 963-6737

**Lancaster**
150 N Queen St
Ste 117
Lancaster PA 17603-3562
(717) 299-8293

**Lawrence**
430 Court St
New Castle PA 16101
(724) 656-2161

**Lebanon**
400 S 8th St
Municipal Bldg
Rm 209
Lebanon PA 17042
(717) 228-4428

**Lehigh**
17 S 7th St
Allentown PA 18101-2401
(610) 782-3194

**Luzerne**
20 N Pennsylvania Ave
Ste 207
Wikes-Barre PA 18701
(570) 825-1715

**Lycoming**
48 W Third St
Williamsport PA 17701-9536
(570) 327-2267

**McKean**
500 W Main St
Courthouse
Smethport PA 16749
(814) 887-3203

**Mercer**
5 Courthouse
Mercer PA 16137-1227
(724) 662-7542

**Mifflin**
20 N Wayne St
Lewistown PA 17044
(717) 248-6571

**Monroe**
One Quaker Plaza
Rm 105
Stroudsburg PA 18360
(570) 517-3165

**Montgomery**
Montgomery County
Courthouse
Voter Services
PO Box 311
Norristown PA 19404-0311
(610) 278-3280

**Montour**
29 Mill St
Danville PA 17821
(570) 271-3000

**Northampton**
670 Wolf Ave
Easton PA 18042
(610) 559-3055

**Northumberland**
320 N 2nd St
Ste 1
Sunbury PA 17801
(570) 988-4208

**Perry**
PO Box 37
New Bloomfield PA 17068
(717) 582-2131 ext 4110

**Philadelphia**
520 N Columbus Blvd
Philadelphia PA 19123-4295
(215) 686-1590

**Pike**
506 Broad St
Milford PA 18337
(570) 296-3427

**Potter**
1 N Main St
Ste 204
Coudersport PA 16915
(814) 274-8467

**Schuylkill**
420 N Centre St
Pottsville PA 17901
(570) 628-1467

**Snyder**
PO Box 217
Middleburg PA 17842-0217
(570) 837-4207

**Somerset**
300 N Center Ave
Ste 340
Somerset PA 15501
(814) 445-1549

**Sullivan**
245 Muncy St
PO Box 157
Laporte PA 18626
(570) 946-5201

**Susquehanna**
PO Box 218
105 Maple St
Montrose PA 18801
(570) 278-6697

**Tioga**
118 Main St
Wellsboro PA 16901
(570) 723-8230

**Union**
155 N 15th St
Lewisburg PA 17837-8822
(570) 524-8681

**Venango**
1174 Elk St
PO Box 831
Franklin PA 16323-0831
(814) 432-9514

**Warren**
204 4th Ave
Warren PA 16365
(814) 728-3406

**Washington**
100 W Beau St
Rm 206
Washington PA 15301
(724) 228-6750

**Wayne**
925 Court St
Honesdale PA 18431
(570) 253-5978

**Westmoreland**
2 N Main St
Ste 109
Greensburg PA 15601
(724) 830-3150

**Wyoming**
1 Courthouse Sq
Tunkhannock PA 18657
(570) 996-2226

**York**
28 E Market St
York PA 17401-1579
(717) 771-9604

Exhibit D



## Statement - Voter Registration & Election Integrity
### July 2018

When the Department of State became aware in 2017 that a decades-old issue with the PennDOT motor-voter system had allowed ineligible individuals to inadvertently register to vote, our immediate priority was to fix the problem. That project was completed in December 2017.

The Department also undertook the following steps to investigate and address the concern that some ineligible individuals registered to vote:

- The Department retained an expert to conduct a full analysis of registration data by comparing the voter rolls with other available state databases. The initial analysis yielded a responsible list of individuals for whom voter registration status required further confirmation.
- Prior to the May 2018 primary, the department mailed letters to 7,702 of those registrants whose registration status was active. Because the data analysis was ongoing, the immediate goal was to remind the individuals of voter eligibility requirements before the primary.
- Based on further expert analysis, the Department mailed letters to 11,198 registrants on June 12, including those with active and inactive status, asking the recipients to affirm their eligibility to vote or to submit a request to cancel their registration.
- After the responsive affirmations and requests for cancellation were taken into account, on June 29 another round of letters with a similar message was mailed to those who had not responded.
- A robocall reiterating the need to respond to the mailing was made to registrants for whom there was a telephone number in their voter registration record.
- Additional affirmations and requests to cancel were processed.
- On July 26, the Department sent the appropriate counties the information on the individuals whose letters were returned as undeliverable and the individuals who did not respond to our repeated communication efforts. County election offices have been advised to handle the registrants according to their normal processes employed to verify addresses and confirm eligibility.

The Department's goal in this process was to protect the integrity of elections in Pennsylvania. The issue we are remedying spans several decades and multiple administrations. The Department takes seriously its duty to make sure that only eligible voters can cast ballots, and we believe that this extensive process was the best path to restoring full confidence in our elections.

Upholding the integrity of Pennsylvania elections is a core mission of the Department of State and one we work toward every day. When we learned that ineligible residents may have registered to vote through a longstanding issue in the motor voter system, we knew that it was imperative to address the problem. Equally imperative was the protection of every eligible elector's right to vote in the Commonwealth of Pennsylvania. While it is true that even one ineligible registrant is one too many, it is also true that the disenfranchisement of one eligible voter is one too many. That is why we resisted

D000215

efforts to bring about a careless and wholesale removal of all registrants initially identified as potentially ineligible. From the experiences of other states, we knew that many voters whose registrations required confirmation would in fact turn out to be eligible voters. That has proven true in Pennsylvania, as in other states.

At this point, we are turning over information to the counties to confirm eligibility of the remaining registrants because the Department does not have the authority to remove voters from the rolls. With expert assistance, we undertook rigorous data analysis and then made several rounds of outreach to potentially ineligible registrants as a way to prudently refine the initial analysis and lessen the workload for each county election office.

We remain confident that this careful, deliberate approach was the most responsible way to remedy a decades-old problem while ensuring that no eligible voter is disenfranchised.

D000216

 **pennsylvania**
DEPARTMENT OF STATE

**Numbers - Voter Registration Project**
July 2018

## Universe Review

1. **Of the 11,198 initial records:**
   a. 2,500 individuals were removed
      i. 286 were removed because they were already 'canceled'
      ii. 2,214 were removed due to responses received from either mailing
         1. 1,915 affirmed their registration
         2. 215 canceled on form sent
         3. 84 need further review by DOS

2. **That leaves 8,698 records, broken down as follows:**
   a. There were two categories to consider with the remaining individuals
      i. No Response
         1. 5,251 active records (possible further confirmation active by county)
         2. 1,479 inactive records (already on path to cancellation)
      ii. Undeliverable addresses
         1. 895 active records (will get address verification notice)
         2. 1,073 inactive records (already on path to cancellation)

3. **What was the response rate of the mailing?**
   a. 2,214 responses were received from recipients
      i. Approximately 20% response rate

4. **When did county officials receive the information?**
   a. Files were sent to the appropriate counties on July 26th and loaded into their secure FTP sites.
   b. The counties also received an email from the Department on July 26th

D000217

## Voter Status Breakdowns

| Voter Status | Voter Status Description | Initial Count | Universe Count |
|---|---|---|---|
| A | Active | 8,263 | 6,146 |
| I | Inactive | 2,649 | 2,552 |
| X | Canceled | 286 | 0 |
| Total | | 11,198 | 8,698 |

## Voter Status Breakdown by Non-Response Category

| Voter Status | No Response Recorded | Undeliverable Address |
|---|---|---|
| A | 5,251 | 895 |
| I | 1,479 | 1,073 |
| Total | 6,730 | 1,968 |

## County Breakdowns

A total of 64 counties had at least 1 recipient with no response or undeliverable mail piece.

There were 3 counties that did not have any recipients to review after the parameters were applied to the universe.

- Cameron
- Forest
- Sullivan

D000218

| County | No Response - Active | No Response - Inactive | Undeliverable - Active | Undeliverable - Inactive | County Total |
|---|---|---|---|---|---|
| ADAMS | 17 | 16 | 6 | 6 | 45 |
| ALLEGHENY | 357 | 111 | 113 | 119 | 700 |
| ARMSTRONG | 1 | 2 | 3 | 1 | 7 |
| BEAVER | 15 | 5 | 2 | 3 | 25 |
| BEDFORD | 1 | - | - | 1 | 2 |
| BERKS | 224 | 64 | 37 | 46 | 371 |
| BLAIR | 7 | 2 | - | 2 | 11 |
| BRADFORD | 2 | - | - | - | 2 |
| BUCKS | 289 | 57 | 34 | 38 | 418 |
| BUTLER | 18 | 6 | 2 | 7 | 33 |
| CAMBRIA | 10 | - | 4 | 2 | 16 |
| CAMERON | - | - | - | - | - |
| CARBON | 11 | 5 | 3 | 13 | 32 |
| CENTRE | 28 | 9 | 15 | 17 | 69 |
| CHESTER | 176 | 40 | 26 | 33 | 275 |
| CLARION | 1 | - | - | - | 1 |
| CLEARFIELD | 6 | 1 | - | - | 7 |
| CLINTON | 1 | - | 1 | 2 | 4 |
| COLUMBIA | 6 | 3 | 1 | 2 | 12 |
| CRAWFORD | 3 | - | - | - | 3 |
| CUMBERLAND | 137 | 8 | 34 | 7 | 186 |
| DAUPHIN | 157 | 58 | 35 | 41 | 291 |
| DELAWARE | 420 | 88 | 42 | 53 | 603 |
| ELK | 1 | - | - | - | 1 |
| ERIE | 60 | 49 | 23 | 53 | 185 |
| FAYETTE | 10 | 3 | 2 | - | 15 |
| FOREST | - | - | - | - | - |
| FRANKLIN | 21 | 10 | 8 | 11 | 50 |
| FULTON | 1 | - | - | - | 1 |
| GREENE | - | 1 | - | - | 1 |
| HUNTINGDON | 1 | - | 2 | - | 3 |
| INDIANA | 5 | 9 | 6 | 6 | 26 |
| JEFFERSON | - | - | 1 | - | 1 |
| JUNIATA | 1 | - | - | - | 1 |
| LACKAWANNA | 69 | 23 | 9 | 26 | 127 |
| LANCASTER | 204 | 62 | 53 | 56 | 375 |
| LAWRENCE | 4 | 1 | 1 | 2 | 8 |
| LEBANON | 67 | 22 | 18 | 5 | 112 |
| LEHIGH | 288 | 93 | 32 | 59 | 472 |
| LUZERNE | 198 | 70 | 47 | 69 | 384 |
| LYCOMING | 10 | 1 | 4 | 2 | 17 |
| McKEAN | 3 | 1 | - | - | 4 |
| MERCER | 4 | 1 | 2 | 2 | 9 |
| County | No Response - Active | No Response - Inactive | Undeliverable - Active | Undeliverable - Inactive | County Total |

D000219

| | | | | | |
|---|---|---|---|---|---|
| MIFFLIN | 1 | - | - | - | 1 |
| MONROE | 173 | 21 | 32 | 34 | 260 |
| MONTGOMERY | 336 | 149 | 44 | 107 | 636 |
| MONTOUR | 4 | 1 | 1 | 3 | 9 |
| NORTHAMPTON | 153 | 27 | 22 | 30 | 232 |
| NORTHUMBERLAND | 12 | - | 4 | - | 16 |
| PERRY | 1 | - | 1 | 2 | 4 |
| PHILADELPHIA | 1,530 | 387 | 160 | 130 | 2,207 |
| PIKE | 27 | 7 | 7 | 9 | 50 |
| POTTER | - | - | - | 2 | 2 |
| SCHUYLKILL | 21 | 3 | 10 | 5 | 39 |
| SNYDER | 1 | - | - | - | 1 |
| SOMERSET | 2 | - | - | - | 2 |
| SULLIVAN | - | - | - | - | - |
| SUSQUEHANNA | - | - | 1 | - | 2 |
| TIOGA | 2 | - | - | 1 | 3 |
| UNION | 2 | - | - | 1 | 3 |
| VENANGO | 1 | 1 | - | 2 | 7 |
| WARREN | 1 | 2 | 2 | 4 | 24 |
| WASHINGTON | 10 | 5 | 5 | - | 5 |
| WAYNE | 2 | 1 | 2 | - | 58 |
| WESTMORELAND | 27 | 14 | 6 | 11 | 6 |
| WYOMING | 4 | 1 | 1 | - | 225 |
| YORK | 107 | 39 | 31 | 48 | 225 |

D000220

# Other Charts

## Initial Universe by County

| County Name | Total |
|---|---|
| ADAMS | 61 |
| ALLEGHENY | 919 |
| ARMSTRONG | 8 |
| BEAVER | 35 |
| BEDFORD | 4 |
| BERKS | 443 |
| BLAIR | 15 |
| BRADFORD | 7 |
| BUCKS | 571 |
| BUTLER | 48 |
| CAMBRIA | 24 |
| CAMERON | - |
| CARBON | 38 |
| CENTRE | 82 |
| CHESTER | 368 |
| CLARION | 1 |
| CLEARFIELD | 9 |
| CLINTON | 6 |
| COLUMBIA | 16 |
| CRAWFORD | 7 |
| CUMBERLAND | 235 |
| DAUPHIN | 366 |
| DELAWARE | 782 |
| ELK | 1 |
| ERIE | 212 |
| FAYETTE | 18 |
| FOREST | 1 |
| FRANKLIN | 66 |
| FULTON | 1 |
| GREENE | 1 |
| HUNTINGDON | 6 |
| INDIANA | 37 |
| JEFFERSON | 2 |
| JUNIATA | 2 |
| LACKAWANNA | 189 |
| LANCASTER | 453 |
| LAWRENCE | 10 |
| LEBANON | 136 |

D000221

| | |
|---|---|
| LEHIGH | 606 |
| LUZERNE | 468 |
| LYCOMING | 26 |
| McKEAN | 4 |
| MERCER | 11 |
| MIFFLIN | 1 |
| MONROE | 389 |
| MONTGOMERY | 886 |
| MONTOUR | 11 |
| NORTHAMPTON | 327 |
| NORTHUMBERLAND | 21 |
| PERRY | 5 |
| PHILADELPHIA | 2,691 |
| PIKE | 69 |
| POTTER | 2 |
| SCHUYLKILL | 48 |
| SNYDER | 4 |
| SOMERSET | 2 |
| SULLIVAN | - |
| SUSQUEHANNA | 2 |
| TIOGA | 3 |
| UNION | 4 |
| VENANGO | 5 |
| WARREN | 7 |
| WASHINGTON | 35 |
| WAYNE | 7 |
| WESTMORELAND | 85 |
| WYOMING | 8 |
| YORK | 291 |
| **Total** | **11,198** |

Breakdown of County Universe by Active vs. Inactive

| County Name | Active | Inactive | Total |
|---|---|---|---|
| ADAMS | 23 | 22 | 45 |

D000222

| County | | | |
|---|---|---|---|
| ALLEGHENY | 470 | 230 | 700 |
| ARMSTRONG | 4 | 3 | 7 |
| BEAVER | 17 | 8 | 25 |
| BEDFORD | 1 | 1 | 2 |
| BERKS | 261 | 110 | 371 |
| BLAIR | 7 | 4 | 11 |
| BRADFORD | 2 | - | 2 |
| BUCKS | 323 | 95 | 418 |
| BUTLER | 20 | 13 | 33 |
| CAMBRIA | 14 | 2 | 16 |
| CAMERON | - | - | - |
| CARBON | 14 | 18 | 32 |
| CENTRE | 43 | 26 | 69 |
| CHESTER | 202 | 73 | 275 |
| CLARION | 1 | - | 1 |
| CLEARFIELD | 6 | 1 | 7 |
| CLINTON | 2 | 2 | 4 |
| COLUMBIA | 7 | 5 | 12 |
| CRAWFORD | 3 | - | 3 |
| CUMBERLAND | 171 | 15 | 186 |
| DAUPHIN | 192 | 99 | 291 |
| DELAWARE | 462 | 141 | 603 |
| ELK | 1 | - | 1 |
| ERIE | 83 | 102 | 185 |
| FAYETTE | 12 | 3 | 15 |
| FOREST | - | - | - |
| FRANKLIN | 29 | 21 | 50 |
| FULTON | 1 | - | 1 |
| GREENE | - | 1 | 1 |
| HUNTINGDON | 3 | - | 3 |
| INDIANA | 11 | 15 | 26 |
| JEFFERSON | 1 | - | 1 |
| JUNIATA | 1 | - | 1 |
| LACKAWANNA | 78 | 49 | 127 |
| LANCASTER | 257 | 118 | 375 |
| LAWRENCE | 5 | 3 | 8 |
| LEBANON | 85 | 27 | 112 |
| LEHIGH | 320 | 152 | 472 |
| LUZERNE | 245 | 139 | 384 |
| LYCOMING | 14 | 3 | 17 |
| McKEAN | 3 | 1 | 4 |
| MERCER | 6 | 3 | 9 |

D000223

| | | | |
|---|---|---|---|
| MIFFLIN | 1 | - | 1 |
| MONROE | 205 | 55 | 260 |
| MONTGOMERY | 380 | 256 | 636 |
| MONTOUR | 5 | 4 | 9 |
| NORTHAMPTON | 175 | 57 | 232 |
| NORTHUMBERLAND | 16 | - | 16 |
| PERRY | 2 | 2 | 4 |
| PHILADELPHIA | 1,690 | 517 | 2,207 |
| PIKE | 34 | 16 | 50 |
| POTTER | - | 2 | 2 |
| SCHUYLKILL | 31 | 8 | 39 |
| SNYDER | 1 | - | 1 |
| SOMERSET | 2 | - | 2 |
| SULLIVAN | - | - | - |
| SUSQUEHANNA | 1 | - | 1 |
| TIOGA | 2 | - | 2 |
| UNION | 2 | 1 | 3 |
| VENANGO | 1 | 2 | 3 |
| WARREN | 3 | 4 | 7 |
| WASHINGTON | 15 | 9 | 24 |
| WAYNE | 4 | 1 | 5 |
| WESTMORELAND | 33 | 25 | 58 |
| WYOMING | 5 | 1 | 6 |
| YORK | 138 | 87 | 225 |
| Total | 6,146 | 2,552 | 8,698 |

Responses Received by County

| County Name | Affirmed | Canceled | Pending Further Review | Total |
|---|---|---|---|---|
| ADAMS | 11 | 3 | 1 | 15 |
| ALLEGHENY | 166 | 22 | 9 | 197 |
| ARMSTRONG | 1 | - | - | 1 |

D000224

| County | | | | |
|---|---|---|---|---|
| BEAVER | 8 | – | 1 | 9 |
| BEDFORD | – | 1 | – | 1 |
| BERKS | 47 | 20 | 3 | 70 |
| BLAIR | 2 | – | | 2 |
| BRADFORD | 4 | 1 | | 5 |
| BUCKS | 126 | 6 | 6 | 138 |
| BUTLER | 13 | 1 | – | 14 |
| CAMBRIA | 8 | – | – | 8 |
| CAMERON | – | – | – | . |
| CARBON | 6 | – | – | 6 |
| CENTRE | 12 | – | – | 12 |
| CHESTER | 72 | 16 | 2 | 90 |
| CLARION | – | – | – | – |
| CLEARFIELD | 1 | – | – | 1 |
| CLINTON | 2 | – | – | 2 |
| COLUMBIA | 3 | – | – | 3 |
| CRAWFORD | 4 | – | – | 4 |
| CUMBERLAND | 40 | 4 | 1 | 45 |
| DAUPHIN | 60 | 7 | 1 | 68 |
| DELAWARE | 146 | 15 | 7 | 168 |
| ELK | – | – | – | – |
| ERIE | 18 | 2 | 1 | 21 |
| FAYETTE | 2 | – | – | 2 |
| FOREST | – | – | – | – |
| FRANKLIN | 10 | 1 | – | 11 |
| FULTON | – | – | – | – |
| GREENE | – | – | – | – |
| HUNTINGDON | 2 | 1 | – | 3 |
| INDIANA | 6 | – | – | 6 |
| JEFFERSON | – | – | – | – |
| JUNIATA | 1 | – | – | 1 |
| LACKAWANNA | 50 | 6 | 4 | 60 |
| LANCASTER | 55 | 4 | 1 | 60 |
| LAWRENCE | 2 | – | – | 2 |
| LEBANON | 20 | 2 | – | 22 |
| LEHIGH | 100 | 9 | 7 | 116 |
| LUZERNE | 63 | 8 | 3 | 74 |
| LYCOMING | 7 | 1 | – | 8 |
| McKEAN | – | – | – | . |
| MERCER | 2 | – | – | 2 |
| MIFFLIN | – | – | – | – |
| MONROE | 110 | 4 | 5 | 119 |
| MONTGOMERY | 189 | 17 | 5 | 211 |

D000225

| | | | |
|---|---|---|---|
| MONTOUR | 1 | -- | -- | 1 |
| NORTHAMPTON | 78 | 7 | 3 | 88 |
| NORTHUMBERLAND | 3 | 1 | -- | 4 |
| PERRY | 1 | -- | -- | 1 |
| PHILADELPHIA | 352 | 48 | 17 | 417 |
| PIKE | 16 | 2 | -- | 18 |
| POTTER | -- | -- | -- | -- |
| SCHUYLKILL | 4 | -- | 2 | 6 |
| SNYDER | 3 | -- | -- | 3 |
| SOMERSET | -- | -- | -- | -- |
| SULLIVAN | -- | -- | -- | -- |
| SUSQUEHANNA | -- | -- | 1 | 1 |
| TIOGA | 1 | -- | -- | 1 |
| UNION | 1 | -- | -- | 1 |
| VENANGO | 2 | -- | -- | 2 |
| WARREN | -- | -- | -- | -- |
| WASHINGTON | 9 | 1 | -- | 10 |
| WAYNE | 2 | -- | -- | 2 |
| WESTMORELAND | 18 | 4 | 3 | 25 |
| WYOMING | 2 | -- | -- | 2 |
| YORK | 53 | 1 | 1 | 55 |
| Total | 1,915 | 215 | 84 | 2,214 |

D000226

# Exhibit E



**Commonwealth of Pennsylvania**
**Department of State**
**Bureau Commissions, Elections and Legislation**
**401 North Street**
**Room 210 North Office Building**
**Harrisburg, PA 17120**

Jonathan Marks,
Commissioner

Telephone: (717) 787-5280
Fax: (717) 705-0721

December 20, 2017

<u>**Via Email and First-Class Mail**</u>
Noel Johnson, Esq.
Public Interest Legal Foundation
32 E. Washington Street
Suite 1675
Indianapolis, IN 46204
njohnson@PublicInterestLegal.org

     **Re: NVRA Request**

Dear Mr. Johnson:

Thank you for your letter dated December 4, 2017, in which you request records from the Pennsylvania Department of State (Department) pursuant to the National Voter Registration Act of 1993 (NVRA). While we can appreciate your interest, the Department does not agree that the NVRA entitles you to access the records you seek. At its core, Section 20507 of the NVRA requires reasonable efforts to remove voters ineligible by reason of death or a change of residence. 52 U.S.C. § 20507(a)(4). There is nothing in that section that specifically relates to the removal of non-citizens. Therefore, it is not reasonable to read the public disclosure provision in Section 20507(i) as relating to anything but the mandatory removal programs set forth in Section 20507(a)(4).

Further, even assuming *arguendo* that the NVRA would apply to a systematic removal program regarding non-citizens, the Department does not currently have such a program in place. As such, no responsive documents exist.

Maintaining the accuracy and integrity of Pennsylvania's voter registration database is extremely important to the Department and we are committed to using reliable tools that advance the goals of increased accuracy and integrity. The solution we recently implemented in partnership with PennDOT to prevent non-citizens from entering the Motor Voter workflow advances these goals, and does so without the risk of disenfranchisement. As we stated at the hearings before the Pennsylvania General

Assembly, the Department is actively reviewing this matter but we must proceed in a responsible manner to ensure that no eligible voters are disenfranchised in the process.

    Thank you again for your letter.

Sincerely,

Jonathan Marks
Commissioner
Bureau of Commissions, Elections and
Legislation
Pennsylvania Department of State

Exhibit F



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE

April 9, 2019

**Via Email and First-Class Mail**
Noel Johnson, Esq.
Public Interest Legal Foundation
32 E. Washington Street
Suite 1675
Indianapolis, IN 46204
njohnson@publicinterestlegal.org

    **Re:   NVRA Request**

Dear Mr. Johnson:

    This is in response to your letter dated March 1, 2019, which was delivered on March 20, 2019, in which you request records from the Pennsylvania Department of State (Department) pursuant to the National Voter Registration Act of 1993 (NVRA). While we appreciate your interest, the Department does not agree that the NVRA entitles you to access the records you described. At its core, Section 20507 of the NVRA requires reasonable efforts to remove voters ineligible by reason of death or a change of residence. 52 U.S.C. § 20507(a)(4). There is nothing in that section that relates to the removal of non-citizens. Therefore, it is not reasonable to read the public disclosure provision in Section 20507(i) as relating to anything but the mandatory removal programs set forth in Section 20507(a)(4).

    Further, even assuming *arguendo* that the NVRA would apply to a systematic removal program regarding non-citizens, the Department does not currently have such a program in place. List maintenance in Pennsylvania is codified in 25 Pa. C.S.A. § 1901 which notably does not include any program or activity for systematic removal of non-citizens.

    The Department's privileged investigation into the potential registration of non-citizens through the now-resolved issue in the PennDOT motor-voter system is not a voter removal program and is not within the scope of the public records inspection provision in the NVRA.

                  Sincerely,

                  Jonathan Marks
                  Deputy Secretary for Elections and
                  Commissions