

# Statement - Voter Registration & Election Integrity
July 2018

When the Department of State became aware in 2017 that a decades-old issue with the PennDOT motor-voter system had allowed ineligible individuals to inadvertently register to vote, our immediate priority was to fix the problem. That project was completed in December 2017.

The Department also undertook the following steps to investigate and address the concern that some ineligible individuals registered to vote:

- The Department retained an expert to conduct a full analysis of registration data by comparing the voter rolls with other available state databases. The initial analysis yielded a responsible list of individuals for whom voter registration status required further confirmation.
- Prior to the May 2018 primary, the department mailed letters to 7,702 of those registrants whose registration status was active. Because the data analysis was ongoing, the immediate goal was to remind the individuals of voter eligibility requirements before the primary.
- Based on further expert analysis, the Department mailed letters to 11,198 registrants on June 12, including those with active and inactive status, asking the recipients to affirm their eligibility to vote or to submit a request to cancel their registration.
- After the responsive affirmations and requests for cancellation were taken into account, on June 29 another round of letters with a similar message was mailed to those who had not responded.
- A robocall reiterating the need to respond to the mailing was made to registrants for whom there was a telephone number in their voter registration record.
- Additional affirmations and requests to cancel were processed.
- On July 26, the Department sent the appropriate counties the information on the individuals whose letters were returned as undeliverable and the individuals who did not respond to our repeated communication efforts. County election offices have been advised to handle the registrants according to their normal processes employed to verify addresses and confirm eligibility.

The Department's goal in this process was to protect the integrity of elections in Pennsylvania. The issue we are remedying spans several decades and multiple administrations. The Department takes seriously its duty to make sure that only eligible voters can cast ballots, and we believe that this extensive process was the best path to restoring full confidence in our elections.

Upholding the integrity of Pennsylvania elections is a core mission of the Department of State and one we work toward every day. When we learned that ineligible residents may have registered to vote through a longstanding issue in the motor voter system, we knew that it was imperative to address the problem. Equally imperative was the protection of every eligible elector's right to vote in the Commonwealth of Pennsylvania. While it is true that even one ineligible registrant is one too many, it is also true that the disenfranchisement of one eligible voter is one too many. That is why we resisted

D000215

Exhibit D

efforts to bring about a careless and wholesale removal of all registrants initially identified as potentially ineligible. From the experiences of other states, we knew that many voters whose registrations required confirmation would in fact turn out to be eligible voters. That has proven true in Pennsylvania, as in other states.

At this point, we are turning over information to the counties to confirm eligibility of the remaining registrants because the Department does not have the authority to remove voters from the rolls. With expert assistance, we undertook rigorous data analysis and then made several rounds of outreach to potentially ineligible registrants as a way to prudently refine the initial analysis and lessen the workload for each county election office.

We remain confident that this careful, deliberate approach was the most responsible way to remedy a decades-old problem while ensuring that no eligible voter is disenfranchised.

D000216

Exhibit D



# Numbers - Voter Registration Project
July 2018

Universe Review

1. **Of the 11,198 initial records:**
   a. 2,500 individuals were removed
      i. 286 were removed because they were already 'canceled'
      ii. 2,214 were removed due to responses received from either mailing
         1. 1,915   affirmed their registration
         2. 215     canceled on form sent
         3. 84      need further review by DOS

2. **That leaves 8,698 records, broken down as follows:**
   a. There were two categories to consider with the remaining individuals
      i. No Response
         1. 5,251 active records (possible further confirmation active by county)
         2. 1,479 inactive records (already on path to cancellation)
      ii. Undeliverable addresses
         1. 895 active records (will get address verification notice)
         2. 1,073 inactive records (already on path to cancellation)

3. **What was the response rate of the mailing?**
   a. 2,214 responses were received from recipients
      i. Approximately 20% response rate

4. **When did county officials receive the information?**
   a. Files were sent to the appropriate counties on July 26th and loaded into their secure FTP sites.
   b. The counties also received an email from the Department on July 26th

D000217
Exhibit D

## Voter Status Breakdowns

| Voter Status | Voter Status Description | Initial Count | Universe Count |
|---|---|---|---|
| A | Active | 8,263 | 6,146 |
| I | Inactive | 2,649 | 2,552 |
| X | Canceled | 286 | 0 |
| Total | | 11,198 | 8,698 |

## Voter Status Breakdown by Non-Response Category

| Voter Status | No Response Recorded | Undeliverable Address |
|---|---|---|
| A | 5,251 | 895 |
| I | 1,479 | 1,073 |
| Total | 6,730 | 1,968 |

## County Breakdowns

A total of 64 counties had at least 1 recipient with no response or undeliverable mail piece.

There were 3 counties that did not have any recipients to review after the parameters were applied to the universe.

- Cameron
- Forest
- Sullivan

| County | No Response - Active | No Response - Inactive | Undeliverable - Active | Undeliverable - Inactive | County Total |
|---|---|---|---|---|---|
| ADAMS | 17 | 16 | 6 | 6 | 45 |
| ALLEGHENY | 357 | 111 | 113 | 119 | 700 |
| ARMSTRONG | 1 | 2 | 3 | 1 | 7 |
| BEAVER | 15 | 5 | 2 | 3 | 25 |
| BEDFORD | 1 | - | - | 1 | 2 |
| BERKS | 224 | 64 | 37 | 46 | 371 |
| BLAIR | 7 | 2 | - | 2 | 11 |
| BRADFORD | 2 | - | - | - | 2 |
| BUCKS | 289 | 57 | 34 | 38 | 418 |
| BUTLER | 18 | 6 | 2 | 7 | 33 |
| CAMBRIA | 10 | - | 4 | 2 | 16 |
| CAMERON | - | - | - | - | - |
| CARBON | 11 | 5 | 3 | 13 | 32 |
| CENTRE | 28 | 9 | 15 | 17 | 69 |
| CHESTER | 176 | 40 | 26 | 33 | 275 |
| CLARION | 1 | - | - | - | 1 |
| CLEARFIELD | 6 | 1 | - | - | 7 |
| CLINTON | 1 | - | 1 | 2 | 4 |
| COLUMBIA | 6 | 3 | 1 | 2 | 12 |
| CRAWFORD | 3 | - | - | - | 3 |
| CUMBERLAND | 137 | 8 | 34 | 7 | 186 |
| DAUPHIN | 157 | 58 | 35 | 41 | 291 |
| DELAWARE | 420 | 88 | 42 | 53 | 603 |
| ELK | 1 | - | - | - | 1 |
| ERIE | 60 | 49 | 23 | 53 | 185 |
| FAYETTE | 10 | 3 | 2 | - | 15 |
| FOREST | - | - | - | - | - |
| FRANKLIN | 21 | 10 | 8 | 11 | 50 |
| FULTON | 1 | - | - | - | 1 |
| GREENE | - | 1 | - | - | 1 |
| HUNTINGDON | 1 | - | 2 | - | 3 |
| INDIANA | 5 | 9 | 6 | 6 | 26 |
| JEFFERSON | - | - | 1 | - | 1 |
| JUNIATA | 1 | - | - | - | 1 |
| LACKAWANNA | 69 | 23 | 9 | 26 | 127 |
| LANCASTER | 204 | 62 | 53 | 56 | 375 |
| LAWRENCE | 4 | 1 | 1 | 2 | 8 |
| LEBANON | 67 | 22 | 18 | 5 | 112 |
| LEHIGH | 288 | 93 | 32 | 59 | 472 |
| LUZERNE | 198 | 70 | 47 | 69 | 384 |
| LYCOMING | 10 | 1 | 4 | 2 | 17 |
| McKEAN | 3 | 1 | - | - | 4 |
| MERCER | 4 | 1 | 2 | 2 | 9 |
| County | No Response - Active | No Response - Inactive | Undeliverable - Active | Undeliverable - Inactive | County Total |

| County | | | | | |
|---|---:|---:|---:|---:|---:|
| MIFFLIN | 1 | - | - | - | 1 |
| MONROE | 173 | 21 | 32 | 34 | 260 |
| MONTGOMERY | 336 | 149 | 44 | 107 | 636 |
| MONTOUR | 4 | 1 | 1 | 3 | 9 |
| NORTHAMPTON | 153 | 27 | 22 | 30 | 232 |
| NORTHUMBERLAND | 12 | - | 4 | - | 16 |
| PERRY | 1 | - | 1 | 2 | 4 |
| PHILADELPHIA | 1,530 | 387 | 160 | 130 | 2,207 |
| PIKE | 27 | 7 | 7 | 9 | 50 |
| POTTER | - | - | - | 2 | 2 |
| SCHUYLKILL | 21 | 3 | 10 | 5 | 39 |
| SNYDER | 1 | - | - | - | 1 |
| SOMERSET | 2 | - | - | - | 2 |
| SULLIVAN | - | - | - | - | - |
| SUSQUEHANNA | - | - | 1 | - | 1 |
| TIOGA | 2 | - | - | - | 2 |
| UNION | 2 | - | - | 1 | 3 |
| VENANGO | 1 | 1 | - | 1 | 3 |
| WARREN | 1 | 2 | 2 | 2 | 7 |
| WASHINGTON | 10 | 5 | 5 | 4 | 24 |
| WAYNE | 2 | 1 | 2 | - | 5 |
| WESTMORELAND | 27 | 14 | 6 | 11 | 58 |
| WYOMING | 4 | 1 | 1 | - | 6 |
| YORK | 107 | 39 | 31 | 48 | 225 |

## Other Charts

### Initial Universe by County

| County Name | Total |
|---|---|
| ADAMS | 61 |
| ALLEGHENY | 919 |
| ARMSTRONG | 8 |
| BEAVER | 35 |
| BEDFORD | 4 |
| BERKS | 443 |
| BLAIR | 15 |
| BRADFORD | 7 |
| BUCKS | 571 |
| BUTLER | 48 |
| CAMBRIA | 24 |
| CAMERON | - |
| CARBON | 38 |
| CENTRE | 82 |
| CHESTER | 368 |
| CLARION | 1 |
| CLEARFIELD | 9 |
| CLINTON | 6 |
| COLUMBIA | 16 |
| CRAWFORD | 7 |
| CUMBERLAND | 235 |
| DAUPHIN | 366 |
| DELAWARE | 782 |
| ELK | 1 |
| ERIE | 212 |
| FAYETTE | 18 |
| FOREST | 1 |
| FRANKLIN | 66 |
| FULTON | 1 |
| GREENE | 1 |
| HUNTINGDON | 6 |
| INDIANA | 37 |
| JEFFERSON | 2 |
| JUNIATA | 2 |
| LACKAWANNA | 189 |
| LANCASTER | 453 |
| LAWRENCE | 10 |
| LEBANON | 136 |

| | |
|---|---|
| LEHIGH | 606 |
| LUZERNE | 468 |
| LYCOMING | 26 |
| McKEAN | 4 |
| MERCER | 11 |
| MIFFLIN | 1 |
| MONROE | 389 |
| MONTGOMERY | 886 |
| MONTOUR | 11 |
| NORTHAMPTON | 327 |
| NORTHUMBERLAND | 21 |
| PERRY | 5 |
| PHILADELPHIA | 2,691 |
| PIKE | 69 |
| POTTER | 2 |
| SCHUYLKILL | 48 |
| SNYDER | 4 |
| SOMERSET | 2 |
| SULLIVAN | - |
| SUSQUEHANNA | 2 |
| TIOGA | 3 |
| UNION | 4 |
| VENANGO | 5 |
| WARREN | 7 |
| WASHINGTON | 35 |
| WAYNE | 7 |
| WESTMORELAND | 85 |
| WYOMING | 8 |
| YORK | 291 |
| **Total** | **11,198** |

Breakdown of County Universe by Active vs. Inactive

| County Name | Active | Inactive | Total |
|---|---|---|---|
| ADAMS | 23 | 22 | 45 |

| County | | | |
|---|---|---|---|
| ALLEGHENY | 470 | 230 | 700 |
| ARMSTRONG | 4 | 3 | 7 |
| BEAVER | 17 | 8 | 25 |
| BEDFORD | 1 | 1 | 2 |
| BERKS | 261 | 110 | 371 |
| BLAIR | 7 | 4 | 11 |
| BRADFORD | 2 | - | 2 |
| BUCKS | 323 | 95 | 418 |
| BUTLER | 20 | 13 | 33 |
| CAMBRIA | 14 | 2 | 16 |
| CAMERON | - | - | - |
| CARBON | 14 | 18 | 32 |
| CENTRE | 43 | 26 | 69 |
| CHESTER | 202 | 73 | 275 |
| CLARION | 1 | - | 1 |
| CLEARFIELD | 6 | 1 | 7 |
| CLINTON | 2 | 2 | 4 |
| COLUMBIA | 7 | 5 | 12 |
| CRAWFORD | 3 | - | 3 |
| CUMBERLAND | 171 | 15 | 186 |
| DAUPHIN | 192 | 99 | 291 |
| DELAWARE | 462 | 141 | 603 |
| ELK | 1 | - | 1 |
| ERIE | 83 | 102 | 185 |
| FAYETTE | 12 | 3 | 15 |
| FOREST | - | - | - |
| FRANKLIN | 29 | 21 | 50 |
| FULTON | 1 | - | 1 |
| GREENE | - | 1 | 1 |
| HUNTINGDON | 3 | - | 3 |
| INDIANA | 11 | 15 | 26 |
| JEFFERSON | 1 | - | 1 |
| JUNIATA | 1 | - | 1 |
| LACKAWANNA | 78 | 49 | 127 |
| LANCASTER | 257 | 118 | 375 |
| LAWRENCE | 5 | 3 | 8 |
| LEBANON | 85 | 27 | 112 |
| LEHIGH | 320 | 152 | 472 |
| LUZERNE | 245 | 139 | 384 |
| LYCOMING | 14 | 3 | 17 |
| McKEAN | 3 | 1 | 4 |
| MERCER | 6 | 3 | 9 |

| County | Affirmed | Canceled | Total |
|---|---|---|---|
| MIFFLIN | 1 | - | 1 |
| MONROE | 205 | 55 | 260 |
| MONTGOMERY | 380 | 256 | 636 |
| MONTOUR | 5 | 4 | 9 |
| NORTHAMPTON | 175 | 57 | 232 |
| NORTHUMBERLAND | 16 | - | 16 |
| PERRY | 2 | 2 | 4 |
| PHILADELPHIA | 1,690 | 517 | 2,207 |
| PIKE | 34 | 16 | 50 |
| POTTER | - | 2 | 2 |
| SCHUYLKILL | 31 | 8 | 39 |
| SNYDER | 1 | - | 1 |
| SOMERSET | 2 | - | 2 |
| SULLIVAN | - | - | - |
| SUSQUEHANNA | 1 | - | 1 |
| TIOGA | 2 | - | 2 |
| UNION | 2 | 1 | 3 |
| VENANGO | 1 | 2 | 3 |
| WARREN | 3 | 4 | 7 |
| WASHINGTON | 15 | 9 | 24 |
| WAYNE | 4 | 1 | 5 |
| WESTMORELAND | 33 | 25 | 58 |
| WYOMING | 5 | 1 | 6 |
| YORK | 138 | 87 | 225 |
| Total | 6,146 | 2,552 | 8,698 |

Responses Received by County

| County Name | Affirmed | Canceled | Pending Further Review | Total |
|---|---|---|---|---|
| ADAMS | 11 | 3 | 1 | 15 |
| ALLEGHENY | 166 | 22 | 9 | 197 |
| ARMSTRONG | 1 | - | - | 1 |

D000224
Exhibit D

| County | | | | |
|---|---|---|---|---|
| BEAVER | 8 | - | 1 | 9 |
| BEDFORD | - | 1 | - | 1 |
| BERKS | 47 | 20 | 3 | 70 |
| BLAIR | 2 | - | - | 2 |
| BRADFORD | 4 | 1 | - | 5 |
| BUCKS | 126 | 6 | 6 | 138 |
| BUTLER | 13 | 1 | - | 14 |
| CAMBRIA | 8 | - | - | 8 |
| CAMERON | - | - | - | - |
| CARBON | 6 | - | - | 6 |
| CENTRE | 12 | - | - | 12 |
| CHESTER | 72 | 16 | 2 | 90 |
| CLARION | - | - | - | - |
| CLEARFIELD | 1 | - | - | 1 |
| CLINTON | 2 | - | - | 2 |
| COLUMBIA | 3 | - | - | 3 |
| CRAWFORD | 4 | - | - | 4 |
| CUMBERLAND | 40 | 4 | 1 | 45 |
| DAUPHIN | 60 | 7 | 1 | 68 |
| DELAWARE | 146 | 15 | 7 | 168 |
| ELK | - | - | - | - |
| ERIE | 18 | 2 | 1 | 21 |
| FAYETTE | 2 | - | - | 2 |
| FOREST | - | - | - | - |
| FRANKLIN | 10 | 1 | - | 11 |
| FULTON | - | - | - | - |
| GREENE | - | - | - | - |
| HUNTINGDON | 2 | 1 | - | 3 |
| INDIANA | 6 | - | - | 6 |
| JEFFERSON | - | - | - | - |
| JUNIATA | 1 | - | - | 1 |
| LACKAWANNA | 50 | 6 | 4 | 60 |
| LANCASTER | 55 | 4 | 1 | 60 |
| LAWRENCE | 2 | - | - | 2 |
| LEBANON | 20 | 2 | - | 22 |
| LEHIGH | 100 | 9 | 7 | 116 |
| LUZERNE | 63 | 8 | 3 | 74 |
| LYCOMING | 7 | 1 | - | 8 |
| McKEAN | - | - | - | - |
| MERCER | 2 | - | - | 2 |
| MIFFLIN | - | - | - | - |
| MONROE | 110 | 4 | 5 | 119 |
| MONTGOMERY | 189 | 17 | 5 | 211 |

| | | | | |
|---|---:|---:|---:|---:|
| MONTOUR | 1 | - | - | 1 |
| NORTHAMPTON | 78 | 7 | 3 | 88 |
| NORTHUMBERLAND | 3 | 1 | - | 4 |
| PERRY | 1 | - | - | 1 |
| PHILADELPHIA | 352 | 48 | 17 | 417 |
| PIKE | 16 | 2 | - | 18 |
| POTTER | - | - | - | - |
| SCHUYLKILL | 4 | - | 2 | 6 |
| SNYDER | 3 | - | - | 3 |
| SOMERSET | - | - | - | - |
| SULLIVAN | - | - | - | - |
| SUSQUEHANNA | - | - | 1 | 1 |
| TIOGA | 1 | - | - | 1 |
| UNION | 1 | - | - | 1 |
| VENANGO | 2 | - | - | 2 |
| WARREN | - | - | - | - |
| WASHINGTON | 9 | 1 | - | 10 |
| WAYNE | 2 | - | - | 2 |
| WESTMORELAND | 18 | 4 | 3 | 25 |
| WYOMING | 2 | - | - | 2 |
| YORK | 53 | 1 | 1 | 55 |
| Total | 1,915 | 215 | 84 | 2,214 |