```
              COMMONWEALTH OF PENNSYLVANIA
                HOUSE OF REPRESENTATIVES


                STATE GOVERNMENT COMMITTEE
                     PUBLIC HEARING

                      STATE CAPITOL
                     HARRISBURG, PA

                   MAIN CAPITOL BUILDING
                    ROOM 60, EAST WING

                 WEDNESDAY, OCTOBER 25, 2017
                         9:02 A.M.


                      PRESENTATION ON
         NONCITIZENS REGISTERED TO VOTE IN PENNSYLVANIA


BEFORE:
     HONORABLE DARYL METCALFE, MAJORITY CHAIRMAN
     HONORABLE STEPHEN BARRAR
     HONORABLE CRIS DUSH
     HONORABLE SETH GROVE
     HONORABLE KRISTIN PHILLIPS-HILL
     HONORABLE JERRY KNOWLES
     HONORABLE BRETT MILLER
     HONORABLE BRAD ROAE
     HONORABLE FRANK RYAN
     HONORABLE THOMAS SANKEY
     HONORABLE CRAIG STAATS
     HONORABLE JUDITH WARD
     HONORABLE JEFF WHEELAND
     HONORABLE MATTHEW BRADFORD, DEMOCRATIC CHAIRMAN
     HONORABLE DONNA BULLOCK
     HONORABLE MARY JO DALEY
     HONORABLE PAMELA DELISSIO
     HONORABLE MADELEINE DEAN
     HONORABLE ISABELLA FITZGERALD
     HONORABLE STEPHEN MCCARTER
     HONORABLE CHRISTOPHER RABB
     HONORABLE JARED SOLOMON
     HONORABLE EMILIO VAZQUEZ

                         * * * * *
              *Pennsylvania House of Representatives*
                 *Commonwealth of Pennsylvania*
```

PILF-01067

Exhibit E

```
COMMITTEE STAFF PRESENT:
     SUSAN BOYLE
          MAJORITY EXECUTIVE DIRECTOR
     AMY HOCKENBERRY
          MAJORITY RESEARCH ANALYST
     KAREN PRIEGO
          MAJORITY RESEARCH ANALYST
     PAM NEUGARD
          MAJORITY ADMINISTRATIVE ASSISTANT
     GLENDON KING
          MAJORITY RESEARCH ANALYST

     KIM HILEMAN
          DEMOCRATIC EXECUTIVE DIRECTOR
     KATHY SEIDL
          DEMOCRATIC RESEARCH ANALYST
     MATT HURLBURT
          DEMOCRATIC RESEARCH ANALYST
     SHARON HOUSSOU
          DEMOCRATIC LEGISLATIVE ASSISTANT
```

PILF-01068

Exhibit E

1    opportunity.  It goes back -- last session I know we were
2    already trying to address this.  In these computer
3    programs, it is a mere if/then statement.  In other words,
4    in the computer code, if this person checks that he is a
5    nonresident alien, then the application for voter
6    registration should be -- and it should have been a part of
7    that program -- should not be made available.  I'm curious
8    as to why this was not done.
9             MR. MARKS:  Well, it's true that this has
10   actually been an issue since the beginning of Motor Voter
11   going back 20 years across multiple administrations.  Until
12   the Department, working in collaboration with PennDOT, sat
13   down and we actually went through from the very beginning
14   of the process, from the point that a voter walks through
15   the front door all the way to the end, and we analyzed the
16   entire workflow to find out where we could find
17   opportunities to improve the process.
18            You know, I am not going to argue the point with
19   you.  It's not as simple as an if/then statement.  There
20   are multiple statuses of legal residents, so we have to
21   take those into account, but we were able to determine a
22   way to have the two pieces of that process communicate
23   better with each other so that we can shut down the flow of
24   noncitizens into the Motor Voter process.
25            REPRESENTATIVE DUSH:  What status of resident