IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** : | CIVIL ACTION NO. 1:19-CV-622 |
| : | |
| : | (Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **LEIGH M. CHAPMAN**, Acting Secretary of the Commonwealth of Pennsylvania, and **JONATHAN M. MARKS**, Deputy Secretary for Elections and Commissions, : | |
| : | |
| **Defendants** : | |

# **ORDER**

AND NOW, this 31st day of March, 2022, upon consideration of the parties' cross-motions (Docs. 62, 65) for summary judgment, and the parties' respective briefs in support of and opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 62) is GRANTED regarding plaintiff's first disclosure request insofar as the noncitizen matching analysis is protected by the work-product doctrine and fourth disclosure request in its entirety. The motion (Doc. 62) is otherwise DENIED.

2. Plaintiff's motion (Doc. 65) is GRANTED regarding plaintiff's first request to the extent that the SURE database is subject to disclosure, records including DPPA-protected information must be redacted not withheld, and personal information about registrants must be disclosed to the extent that the information is not "uniquely personal information." The motion (Doc. 65) is also GRANTED regarding plaintiff's second disclosure request, insofar as defendants excessively redacted the records provided and withheld the voting histories of the registrants at issue, and third disclosure request insofar as defendants impermissibly truncated the timeframe covered by the request. The motion (Doc. 65) is otherwise DENIED.

3.     Defendants are DIRECTED to comply with plaintiff's first, second, and third disclosure requests to the extent required by the National Voter Registration Act as set forth more fully in our accompanying memorandum and this order.

4.     The Clerk of Court is DIRECTED to enter judgment in favor of defendants on Count I regarding plaintiff's first request insofar as the noncitizen matching analysis is protected by the work-product doctrine and plaintiff's fourth request in its entirety.  The Clerk of Court is further DIRECTED to enter judgment in favor of plaintiff on Count I regarding all other requests.

5.     The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania