AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| The Public Interest Legal Foundation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-CV-622 |
| Boockvar et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is ENTERED in favor of defendants on Count I regarding plaintiff's first request insofar as the noncitizen matching analysis is protected by the work-product doctrine and plaintiff's fourth request in its entirety. Judgment is ENTERED in favor of plaintiff on Count I regarding all other requests.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Christopher C. Conner

Order filed March 31, 2022 (Doc 84)

Date: March 31, 2022

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*