United States District Court
Middle District of Pennsylvania
Harrisburg Division

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions,**<br><br>*Defendants.* | No. 1:19-cv-00622-CCC |

## Order

Upon consideration of the parties' Joint Motion for Entry of Briefing Schedule for Attorney's Fees Motions, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The following schedule is established for motions for attorney's fees, costs, and expenses pursuant to 52 U.S.C. § 20510(c):

Motions: On or before May 6, 2022.

Responses: On or before June 6, 2022.

Replies: On or before June 10, 2022.

SIGNED on April 12, 2022.

                                            /s/ Christopher C. Conner
                                            United States District Judge