IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:19-CV-00622 |
| | : | |
| LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions, | : | JUDGE CONNER |
| | : | |
| | : | MAG. JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of July 2022, upon consideration of the Joint Motion To Continue Stay of Proceedings Pending Settlement Conference, IT IS HEREBY ORDERED THAT the Motion is GRANTED. All proceedings in this matter and all filing deadlines are stayed through the conclusion of the settlement conference scheduled for August 17, 2022.

/s/ Christopher C. Conner

J.