## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : : : | CIVIL ACTION NO. 1:19-CV-622 |
| | : | (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| LEIGH M. CHAPMAN, Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, Deputy Secretary for Elections and Commissions, | : : : : : | |
| | : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of October, 2022, upon consideration of plaintiff's motion (Doc. 117) for an extension of case management deadlines, and upon further consideration of defendants' opposition (Doc. 118) to said motion, and the court noting that the parties agree that extensions are necessary but disagree as to the appropriate length, (see Doc. 117 at 3; Doc. 188 at 1, 4-5), and the court observing that the forthcoming election places a special burden on defendants' legal resources, but also observing that litigation in the above-captioned matter has been protracted and that plaintiff has a genuine need to obtain the information sought in a timely fashion, the court finding that good cause for an extension of the case management deadlines has been shown, , see FED. R. CIV. P. 16(b)(4), it is hereby ORDERED that:

1.      The joint motion (Doc. 117) is GRANTED as set forth below.

2.     The dates and deadlines applicable to the above-captioned civil action shall be as follows:

    a.     Defendants may file a reply brief in further support of their motion for clarification and partial reconsideration on or before **November 11, 2022**.

    b.     Plaintiff shall file a reply brief in opposition to defendants' motion to alter or amend judgment on or before **November 11, 2022**.

    c.     Defendants may file a reply brief supporting defendants' motion to alter or amend judgment on or before **November 25, 2022**.

    d.     Parties may file motions for attorneys' fees, costs, and expenses pursuant to 52 U.S.C. § 20510(c) on or before **December 16, 2022**.

    e.     Parties shall file opposition briefs in response to any motions for attorneys' fees, costs, and expenses on or before **January 6, 2023**.

    f.     Parties may file reply briefs in further support of their motion for attorneys' fees, costs, and expenses on or before **January 20, 2023**.

3.     The motion (Doc. 117) is otherwise denied.


        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania