| Date | Name | Description | Gross Amount | Adjusted Amount |
|---|---|---|---|---|
| 2/11/2021 | Public Interest Legal Foundation | Subpoena service for Eitan Hersh (Atlantic Legal Support Services, LLC) | $111.06 | $111.06 |
| 2/24/2021 | Public Interest Legal Foundation | Transcripts of depositions of Adams and Churchwell (Network Deposition Services) | $698.30 | $698.30 |
| 2/26/2021 | Public Interest Legal Foundation | Transcript of the deposition of Jonathan Marks (Atkinson-Baker) | $1,492.05 | $1,492.05 |
| 3/8/2021 | Public Interest Legal Foundation | Video files for Adams and Churchwell depositions (Network Deposition Services) | $60.00 | $60.00 |
| | | **TOTALS** | **$2,361.41** | **$2,361.41** |

Exhibit 2 - Foundation Expense Report

# Invoice

**Atlantic Legal Support Services, LLC**

458 Main Street
Wakefield, MA 01880
(781) 258-6021
(781) 246- 4890 (Fax)

PAID 02/11/2021

| Date | Invoice # |
|---|---|
| 2/11/2021 | 1671 |

**Bill To**

Public Interest Legal Foundation
32 East Washington Street
Suite 1675
Indianapolis, Indiana
46204

| P.O. No. | Terms | Project |
|---|---|---|
|  | PRE PAID |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 2/11/21 attempted service of federal subpoena upon Eitan Hersh, 415 Washington Street, Apartment 4, Brookline, MA in re: Public Interest Legal Foundation, Inc. v Bookvar et al. Hersh was not at home. Client authorized a phone call to Hersh via cell phone or office phone. | 62.81 | 62.81 |
| 1 | Ran data base and located a phone number for Hersh. (No Charge) | 0.00 | 0.00 |
| 1 | Contacted Hersh who advised me to come to the Tufts University College Campus and serve him there. (No Charge) | 0.00 | 0.00 |
| 1 | 2/11/21 service of federal subpoena upon Eitan Hersh, Tufts University, 419 Boston Avenue, Medford, MA | 48.25 | 48.25 |

Per our discussion

**Total** $111.06

Exhibit 2 - Foundation Expense Report

Civil Action No. 1:19-cv-662

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Eitan Hersh
on *(date)* 2/10/21.

☒ I served the subpoena by delivering a copy to the named individual as follows: in hand at Tufts University, 419 Boston Ave, Medford Massachusetts
on *(date)* 2/11/21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ———

My fees are $ ——— for travel and $ 65,— for services, for a total of $ 65, 0.00

I declare under penalty of perjury that this information is true.

Date: 2/11/21

*Peter Vitale*
Server's signature

Peter Vitale, Process Server
Printed name and title

**Atlantic Legal Support Services**
458 Main Street • Wakefield, MA 01880

Server's address

Additional information regarding attempted service, etc.:

Exhibit 2 - Foundation Expense Report

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114407 | 2/24/2021 | 76258 |
| Job Date | Case No. ||
| 2/16/2021 | 1:19-CV-622 ||
| Case Name |||
| The Public Interest Legal Foundation v. Kathy Boockvar, et al. |||
| Payment Terms |||
| Net 30 |||

Noel Johnson  
The Public Interest Legal Foundation  
32 E. Washington Street, Suite 1675  
Indianapolis, IN 46204

---

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|     J. Christian Adams | | | 461.55 |
|         Email Etran/ASCII/PDF | 1.00 | @    20.000 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|     Logan Churchwell | | | 216.75 |
| | | **TOTAL DUE   >>>** | **$698.30** |

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

---

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Noel Johnson  
The Public Interest Legal Foundation  
32 E. Washington Street, Suite 1675  
Indianapolis, IN 46204

Invoice No.   : 114407  
Invoice Date  : 2/24/2021  
**Total Due**   : **$698.30**

Remit To: **Urbash Professional Reporting, Inc.**  
          **d/b/a NETWORK DEPOSITION SERVICES**  
          **2936 McNeal Road**  
          **Allison Park, PA  15101**  
          www.ndsreporting.com      866-565-1929

Job No.      : 76258  
BU ID        : Pittsburgh  
Case No.     : 1:19-CV-622  
Case Name   : The Public Interest Legal Foundation v. Kathy Boockvar, et al.

Exhibit 2 - Foundation Expense Report

# Atkinson Baker
# A Veritext Company

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4049 Fax. 973-629-1305
Fed. Tax ID: 20-3132569

| Bill To: | Shawna Powell<br>Public Interest Legal Foundation<br>32 East Washington Street<br>Suite 1675<br>Indianapolis IN, 46204 | | Invoice #:<br>Invoice Date: | AF00037-AA<br>2/26/2021 |
|---|---|---|---|---|

| Case No. | 1:19-cv-00622 | Claim No. | |
|---|---|---|---|
| Case: | Public Interest vs. Boockvar et, al | Insurance Co: | |
| Job #: | AF00037 | Insured | |
| Billing Atty: | Shawna Powell | DOL: | |
| Location: | Remote Court Reporter | Client Ref.#1 | |
| | Harrisburg, PA | Client Ref.#2 | |
| Sched Atty: | Noel Johnson \| Public Interest Legal Foundation | Adjuster | |

| Description | Amount |
|---|---|
| Reporter's transcript of the deposition of Jonathan Marks, taken 2/12/2021. | $1,492.05 |

CURRENT STATUS
A REPRINTED ORIGINAL INVOICE

| | |
|---|---|
| Invoice Total: | $1,492.05 |
| Payment: | ($1,492.05) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Exhibit 2 - Foundation Expense Report

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114400 | 3/8/2021 | 76259 |
| Job Date | Case No. ||
| 2/16/2021 | 1:19-CV-622 ||
| Case Name |||
| The Public Interest Legal Foundation v. Kathy Boockvar, et al. |||
| Payment Terms |||
| Net 30 |||

Noel H. Johnson
The Public Interest Legal Foundation
Richmond, VA

---

30B6- J.CHRISTIAN ADAMS
    Video Deposition Digital Download/MPEG    1.00 Hours @ 30.000   30.00

LOGAN CHURCHWELL
    Video Deposition Digital Download/MPEG    1.00 Hours @ 30.000   30.00

**TOTAL DUE   >>>**   **$60.00**

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Noel H. Johnson
The Public Interest Legal Foundation
Richmond, VA

Invoice No.   : 114400
Invoice Date  : 3/8/2021
**Total Due**     : **$60.00**

Remit To: **Urbash Professional Reporting, Inc.**
          **d/b/a NETWORK DEPOSITION SERVICES**
          **2936 McNeal Road**
          **Allison Park, PA  15101**
          www.ndsreporting.com  866-565-1929

Job No.    : 76259
BU ID      : Pittsburgh
Case No.   : 1:19-CV-622
Case Name  : The Public Interest Legal Foundation v. Kathy Boockvar, et al.

Exhibit 2 - Foundation Expense Report