| Date | Attorney | Comment | Gross Hours | Adjusted Hours | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|---|---|
| 1/6/2021 | Linda A. Kerns | Deposition prep | 1.5 | 1.5 | $400.00 | $600.00 | $600.00 |
| 1/8/2021 | Linda A. Kerns | Deposition prep | 1 | 0 | $400.00 | $400.00 | $0.00 |
| 1/10/2021 | Linda A. Kerns | Review all files and exhibits for motion. Review outline as prepared by NJ re dep prep | 2 | 0 | $400.00 | $800.00 | $0.00 |
| 1/12/2021 | Linda A. Kerns | Deposition prep | 0.6 | 0.6 | $400.00 | $240.00 | $240.00 |
| 1/13/2021 | Linda A. Kerns | PC NJ re Def req for continuance and preserving discovery | 0.2 | 0.2 | $400.00 | $80.00 | $80.00 |
| 2/12/2021 | Linda A. Kerns | Deposition of Jonathan Marks | 8 | 8 | $400.00 | $3,200.00 | $3,200.00 |
| 2/16/2021 | Linda A. Kerns | Observe and assist, depositions of JCA and LC | 6 | 0 | $400.00 | $2,400.00 | $0.00 |
| 3/23/2021 | Linda A. Kerns | PC w NJ re MTC v SJ and approaches | 0.4 | 0.4 | $400.00 | $160.00 | $160.00 |
| 4/15/2021 | Linda A. Kerns | PC w KP re SJ deadline.  Email to OC re extensions. Prepare joint motion to extend with proposed order, send to OC , file on paver | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 4/29/2021 | Linda A. Kerns | Review and edit SJ motion - send to co counsel | 1.25 | 1.25 | $400.00 | $500.00 | $500.00 |
| 5/4/2021 | Linda A. Kerns | Review and download motion for SJ filed by OP, email with co counsel | 0.4 | 0.4 | $400.00 | $160.00 | $160.00 |
| 6/8/2021 | Linda A. Kerns | Review portion of Opposition to SJ motion, email with co counsel | 0.9 | 0.9 | $400.00 | $360.00 | $360.00 |
| 6/9/2021 | Linda A. Kerns | Emails and PC with KP re opposition to SJ motion | 0.25 | 0.25 | $400.00 | $100.00 | $100.00 |
| 6/11/2021 | Linda A. Kerns | Review SJ docs, edit, emails with co counsel. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 6/13/2021 | Linda A. Kerns | Review and edit response to SJ, send to co counsel | 1 | 1 | $400.00 | $400.00 | $400.00 |

Exhibit 1 - Kerns Billing Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/14/2021 | Linda A. Kerns | Review draft of SJ motion, edit, PC with co counsel.  Review draft of counter statement of facts, review second draft of SJ | 2 | 2 | $400.00 | $800.00 | $800.00 |
| 6/28/2021 | Linda A. Kerns | Review reply brief - cut words to meet word limit. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 4/6/2022 | Linda A. Kerns | Meeting with NJ (virtual).  Communication to locate counsel to certify fees | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 4/29/2022 | Linda A. Kerns | Meeting (virtual) with NJ and KP re request from OP. Edit proposed Motion, additional call with NJ. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 5/11/2022 | Linda A. Kerns | Conference call with court re settlement conference. | 0.4 | 0.4 | $400.00 | $160.00 | $160.00 |
| 8/9/2022 | Linda A. Kerns | Review and edit proposed settlement memo. | 0.75 | 0.75 | $400.00 | $300.00 | $300.00 |
| 8/17/2022 | Linda A. Kerns | Travel to and appear for mediation at MDPA with Magistrate Judge, client, co-counsel. | 7 | 7 | $400.00 | $2,800.00 | $2,800.00 |
| 9/6/2022 | Linda A. Kerns | CC with MJ re settlement negotiations. Conference with co-counsel.  Followup with MJ, follow up with co-counsel. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 9/8/2022 | Linda A. Kerns | Call from MJ. CC re mediation.  Follow up with co-counsel. | 0.6 | 0.6 | $400.00 | $240.00 | $240.00 |
| 9/9/2022 | Linda A. Kerns | Call with co-counsel.  Draft follow up email re understanding. Email to MJ, set up additional call.  CC with MJ re settlement negotiations.  Follow up call. | 1.5 | 1.5 | $400.00 | $600.00 | $600.00 |
| 9/16/2022 | Linda A. Kerns | Receive response from Mjre defendant position.  Call with NJ, draft response, review, revise, discuss.  Send. | 0.75 | 0.75 | $400.00 | $300.00 | $300.00 |
| 9/22/2022 | Linda A. Kerns | Email to MJ re conference. Set up zoom, zoom conference re settlement issues, follow up with co-counsel. | 0.75 | 0.75 | $400.00 | $300.00 | $300.00 |

Exhibit 1 - Kerns Billing Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/23/2022 | Linda A. Kerns | Receive PACER notice re non-settlemetn reported to court, send to co cousel. | 0.1 | 0 | $400.00 | $40.00 | $0.00 |
| 10/4/2022 | Linda A. Kerns | Receive email re deadlines, emails with co counsel, respond. | 0.2 | 0 | $400.00 | $80.00 | $0.00 |
| 10/5/2022 | Linda A. Kerns | Emails with OC and co counsel re scheduling deadlines | 0.2 | 0 | $400.00 | $80.00 | $0.00 |
| 10/6/2022 | Linda A. Kerns | Receive scheduling order, calendar all dates, send to co-counsel. | 0.2 | 0 | $400.00 | $80.00 | $0.00 |
| 10/19/2022 | Linda A. Kerns | Email from OC, emails with co-counsel, send reply email re re-setting dates. | 0.2 | 0.2 | $400.00 | $80.00 | $80.00 |
| 10/20/2022 | Linda A. Kerns | Receive request for extension of time, confer with co-counsel, respond, begin to draft opposition motion | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 10/21/2022 | Linda A. Kerns | Finalize and circulate draft of opposition to motion to extend time.  Call with co counsel, edit and finalize draft for filing including proposed order, cert of service, etc. | 1.5 | 1.5 | $400.00 | $600.00 | $600.00 |
| 10/24/2022 | Linda A. Kerns | Read review and edit reponse to motion to alter/amend, send edits to co-counsel. | 2 | 2 | $400.00 | $800.00 | $800.00 |
| 11/11/2022 | Linda A. Kerns | Confer with co-counsel.  Finalize opposition to Motion to Amend Judgment.  File.  Review Motion - draft as OTSC.  Edit.  Draft order, e file. | 2.75 | 2.75 | $400.00 | $1,100.00 | $1,100.00 |
| 11/14/2022 | Linda A. Kerns | Receive email from OC re OTSC.  Telephone conference with co counsel.  Draft reponse | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 11/21/2022 | Linda A. Kerns | Additional cllas, emails, etc to identify attorney to support fee affidavit. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 11/22/2022 | Linda A. Kerns | Call with attorney re fee affidavit, email intro with KP. | 0.3 | 0.3 | $400.00 | $120.00 | $120.00 |
| 11/22/2022 | Linda A. Kerns | Receive email from OC re motion, Calls with co counsel, return call to OC | 0.4 | 0.4 | $400.00 | $160.00 | $160.00 |

Exhibit 1 - Kerns Billing Statement

| Date | Name | Description | | | Rate | | |
|---|---|---|---|---|---|---|---|
| 11/23/2022 | Linda A. Kerns | Receive Motion to Strike and related docs via PACER, download and send to co counsel | 0.2 | 0 | $400.00 | $80.00 | $0.00 |
| 12/1/2022 | Linda A. Kerns | Begin draft of Motion for attorney fees, affidavit lead counsel, local counsel and attonrey fee reasonabless. Prepar drafts of all and circulate. | 1.5 | 1.5 | $400.00 | $600.00 | $600.00 |
| 12/6/2022 | Linda A. Kerns | Review and edit draft resposne to MTS, review final version, prepare for filing, file, send to co counsel. | 1.25 | 1.25 | $400.00 | $500.00 | $500.00 |
| 12/8/2022 | Linda A. Kerns | Email correspondence re setting up call attorney fee petition | 0.2 | 0 | $400.00 | $80.00 | $0.00 |
| 12/9/2022 | Linda A. Kerns | Call with co counsel re attorney fee petition. | 0.5 | 0.5 | $400.00 | $200.00 | $200.00 |
| 12/11/2022 | Linda A. Kerns | Review  and edit draft motion and affidavits, send to local MDPA counsel for drafting of affidavit of reasonableness. | 0.4 | 0.4 | $400.00 | $160.00 | $160.00 |
| 12/11/2022 | Linda A. Kerns | Begin spreadsheet of fees/costs and editing/no charging time. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| 12/11/2022 | Linda A. Kerns | Continue spreadsheet of fees/costs and editing/no charging time.  Send to co counsel for review. | 1 | 1 | $400.00 | $400.00 | $400.00 |
| | | TOTALS | 60.15 | 50.05 | | $24,060.00 | $20,020.00 |
| | Hours Reduced for Billing Judgment | 10.1 | | | | | |
| | Value of Billing Judgments | $4,040.00 | | | | | |
| | Compensation Requested for Ms. Kerns's Time (through 12-12-22) | $20,020.00 | | | | | |

Exhibit 1 - Kerns Billing Statement