| Date | Name | Description | Gross Amount | Adjusted Amount |
|---|---|---|---|---|
| 3/8/2019 | Linda Kerns | Fee charged by courier- attempted service of process 302 North Office Building - on SOS. | $65.00 | $65.00 |
| 5/13/2019 | Linda Kerns | Fee charged by courier - service upon AG office. | $90.00 | $90.00 |
| 3/11/2020 | Linda Kerns | Fee charged by Steve Dewick, service of defendants | $200.00 | $200.00 |
| 3/16/2020 | Linda Kerns | Postage - re mailing cp per rules | $7.50 | $7.50 |
| | | **TOTALS** | **$362.50** | **$362.50** |

Exhibit 2 - Kerns Expense Report

# **STATEMENT**

**DATE: March 11, 2020**

**Picked up copies and served three defendants at various locations**

**$200.00**

**TOTAL**

**$200.00**

**CHECK PAYABLE TO: STEVE DEWICK**
**126 SHELDON AVE.**
**PITTSBURGH PA. 15220**

Exhibit 2 - Kerns Expense Report