## United States District Court
## Middle District of Pennsylvania
## Harrisburg Division

| | |
|---|---|
| The **PUBLIC INTEREST LEGAL FOUNDATION,** <br><br> *Plaintiff,* <br><br> v. <br><br> **LEIGH M. CHAPMAN,** in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and **JONATHAN M. MARKS,** in his official capacity as Deputy Secretary for Elections and Commissions, <br><br> *Defendants.* | No. 1:19-cv-00622-CCC |

### AFFIDAVIT OF LOUIS J. CAPOZZI, JR.

I, Louis J. Capozzi, Jr, being first duly sworn on oath, state that I am an attorney licensed to practice law in the Commonwealth of Pennsylvania. I also affirm that the following matters set forth in this affidavit are based solely on my personal knowledge and are true and correct.

1.  I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey since 1986, and the state of Maryland since 2001. I am also admitted in the United States District Court for the Middle District of Pennsylvania, the Eastern District of Pennsylvania, the Western District of Pennsylvania, the District Court of New Jersey, the District Court for the District of Columbia, the Pennsylvania Supreme Court, and the U.S. Court of Appeals for the Third Circuit. I have tried or argued cases in all of these courts.

2. I have been engaged in the private practice of law since 1986 in Philadelphia County, Cumberland County and Dauphin County, which are located in the Middle District of Pennsylvania and the Eastern District of Pennsylvania.

3. I have been the President of Capozzi Adler, P.C. since 1997. We currently have offices in Harrisburg, Camp Hill, Philadelphia, and Fort Lauderdale, Florida. I am a member of the Dauphin County Bar Association, the Cumberland County Bar Association, the New Jersey State Bar Association, and the American Bar Association.

4. There are few lawyers in Pennsylvania whose practice involves cases that implicate the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501 *et seq.*, although I have tried and argued political cases in the past in State and Federal Courts.

5. I reviewed the issues in the case of The Public Interest Legal Foundation v. Chapman, et al, (M.D. PA,No:1:19-cv-00622-CCC). The legal issues in this matter involve a specialized knowledge of the NVRA as well as Pennsylvania election law and procedure. There are a limited number of attorneys in the Commonwealth of Pennsylvania with the expertise and experience necessary for this type of litigation.

6. I reviewed the Complaint (ECF 1) as well as the Summary Judgment Order and Memorandum in this matter (ECF 84, 85).

7. In my opinion and based on the current market for attorneys in the Middle District of Pennsylvania, the reasonable hourly fee for an attorney possessing the experience and skills necessary to litigate this type of matter is at least $400.00 per hour. My current hourly rate is $450.00 an hour.

**Further affiant sayeth naught.**

*[signature]*

Commonwealth of Pennsylvania  )
                              ) S.S.
County of Dauphin             )

Subscribed and sworn to before me
on December 16, 2022.

*[signature: Karen Louise Fisher]*
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Karen Louise Fisher, Notary Public
Dauphin County
My commission expires February 26, 2024
Commission number 1207834
```
Member, Pennsylvania Association of Notaries