## United States District Court
## Middle District of Pennsylvania
## Harrisburg Division

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LEIGH M. CHAPMAN,** in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and **JONATHAN M. MARKS,** in his official capacity as Deputy Secretary for Elections and Commissions,<br><br>*Defendants*. | No. 1:19-cv-00622-CCC |

## [Proposed] Order

Upon consideration of Plaintiff Public Interest Legal Foundation's Motion for Attorney's Fees, Costs, and Expenses, IT IS HEREBY ORDERED that the Motion is GRANTED.

Defendants are ORDERED to pay to the Plaintiff attorney's fees in the amount of $186,220.00 and costs and expenses in the amount of $2,723.91.

SIGNED on _____, 20\_\_\_\_.

_____
United States District Judge