IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    NO. 1:19-CV-00622 <br> : |
| AL SCHMIDT, in his official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions, | :    JUDGE CONNER <br> : <br> :    ELECTRONICALLY FILED <br> : <br> : <br> : <br> : |
| Defendants. | : |

### NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 4 that Defendants Acting Secretary of the Commonwealth Al Schmidt and Deputy Secretary for Elections and Commissions Jonathan M. Marks appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered on February 28, 2023 (ECF 133).

                                                                                     Respectfully submitted,

| | |
|---|---|
| Myers, Brier & Kelly, LLP <br> 425 Biden Street, Suite 200 <br> Scranton, PA 18503 <br> (570) 342-6100 <br><br> Dated:  March 29, 2023 | /s/ Donna A. Walsh <br> Daniel T. Brier <br> Donna A. Walsh <br> Counsel for Defendants, Acting Secretary of the Commonwealth Al Schmidt and Deputy Secretary for Elections and Commissions Jonathan M. Marks |

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Notice of Appeal was served upon the following counsel of record via the Court's ECF system on this 29th day of March 2023:

>Kaylan Phillips, Esquire
>Noel H. Johnson, Esquire
>Public Interest Legal Foundation
>32E Washington Street, Suite 1675
>Indianapolis, IN  46204
>
>Linda A. Kerns, Esquire
>Law Offices of Linda A. Kerns, LLC
>1420 Locust Street, Suite 200
>Philadelphia, PA  19102

>/s/ Donna A. Walsh
>Donna A. Walsh