IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| Plaintiff, | : | |
| v. | : | NO. 1:19-CV-00622 |
| AL SCHMIDT, Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, Deputy Secretary for Elections and Commissions, | : | CHIEF JUDGE CONNER |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## NOTICE OF CROSS APPEAL

The PUBLIC INTEREST LEGAL FOUNDATION appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on March 31, 2022 (ECF 85) as clarified by the order entered on February 28, 2023 (ECF 133).

Respectfully submitted,

*/s/ Linda A. Kerns*
Linda A. Kerns
Counsel for Plaintiffs,
The Public Interest Legal Foundation

Dated: March 30, 2023

Law Offices of Linda A. Kerns, LLC
1420 Locust Street, Suite 200
Philadelphia, PA 19102
(215) 731-1400

# CERTIFICATE OF SERVICE

I, Linda A. Kerns, hereby certifies that a true and correct copy of the foregoing Notice of Cross Appeal was served upon the following counsel of record via the Court's ECF system on this 30th day of March 2023:

>Daniel T. Brier
>Donna A. Walsh
>Myers, Brier & Kelly, LLP
>425 Biden Street, Suite 200
>Scranton, PA 18503

>*/s/ Linda A. Kerns*
>Linda A. Kerns