UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1590, 23-1591, No. 23-3045
_____

PUBLIC INTEREST LEGAL FOUNDATION

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA;
JONATHAN M. MARKS, in his official capacity as
Deputy Secretary for Elections and Commissions;
BUREAU OF COMMISSIONS ELECTIONS & LEGISLATION

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
   Appellants in 23-1590 & 23-3045

Public Interest Legal Foundation,
   Appellant in 23-1591

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No.: 1:19-cv-00622)
District Judge: Hon. Christopher C. Conner

_____

Argued
September 11, 2024

Before: CHAGARES, *Chief Judge*, ROTH, and RENDELL, *Circuit Judges*.

## **JUDGMENT**

This case came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was argued on September 11, 2024.

On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the Judgment of the District Court entered February 28, 2023, and the order of the District Court entered October 17, 2023 are hereby **VACATED** and the case **REMANDED**.

Costs shall be taxed against Appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk of the Court

Dated:  April 25, 2025